UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 20 P 12: 52

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

BY FACSIMILE

December 19, 2002

RE: <u>Newsome, et al., v. Up-To-Date Laundry, Inc., et al.</u>, S-01-2257

MEMORANDUM FOR COUNSEL

Dear Counsel:

As you know, this case was referred to me for resolution of discovery disputes.

I have enclosed a copy of an order I issued today regarding Mr. David Minetree's continued deposition. As noted in the order, counsel for defendant should provide Mr. Minetree with a copy of the order. Subject to the possible continuation of a jury trial beginning on Monday, January 6, 2003, I should be available on Wednesday, January 8, 2003 until approximately 2:30 p.m. should counsel need to contact me to resolve any issues that arise during the course of the deposition.

I understand that Mr. Simon called my chambers yesterday to inquire as to my general policy regarding availability to resolve disputes that may arise in depositions. If such a situation arises, counsel can call my chambers to inquire as to my availability to assist in resolution of the dispute. If I am available, I will make every effort to resolve the dispute over the telephone but, depending on the nature of the dispute, may ask counsel to provide me with written submissions. If I am unavailable at the time of counsel's call, my chambers will provide you with instructions as to the manner in which I would like to address the dispute.

I was also advised that both counsel called my chambers today to inquire about my resolving a dispute regarding plaintiffs' counsel's continued access to certain documents. I called you back a few minutes later but understand that Ms. Phelan was called out of the office unexpectedly. If counsel are available tomorrow morning, December 20, at 9:15 a.m., you can call my chambers and I will make myself available to speak with you. If that time is not convenient for you, I would suggest that you each send me a brief letter detailing the dispute and your position. I will not be available for a telephone conference next week so if you believe that the matter is urgent, please advise my chambers immediately.

Memorandum to Counsel
<u>Newsome, et al., v. Up-To-Date Laundry, Inc., et al.</u>
S-01-2257
December 19, 2002
page 2

      Thank you for your attention to this matter.

                                            Sincerely,

                                            Beth P. Gesner
                                            United States Magistrate Judge

cc: Judge Smalkin
    Court File