IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 20  P 12: 52

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

MELVIN NEWSOME, ET AL.

    Plaintiffs,

    v.

UP-TO-DATE LAUNDRY, INC., ET AL.,

    Defendants.

Civil Action No. S01-2257 (FNS)

## ORDER

Upon consideration of plaintiffs' motion to compel discovery, any response thereto, and the entire record in this case, it is this _19th_ day of _December_, 2002, HEREBY:

1. ORDERED that David Minetree shall appear for the continuation of his deposition on January 8, 2002 at 10:00 a.m.;

2. ORDERED that David Minetree shall be instructed to respond to deposition questions pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, including but not limited to questions about the following topics: medical information, including information about the medication he takes and the doctors who prescribe it; his educational background; his employment history other than at Up-To-Date Laundry, Inc.; his marital status; his military service; his bankruptcy filing; his criminal record; his knowledge about and his employment history with Up-To-Date Laundry, Inc., including the history of the company, his compensation, loans and work phone number; non-privileged discussions, including with CEO Nancy Stair; his views about the plaintiffs (including Herbert Datcher); and his confinement at any institution in Maryland;

3. ORDERED that counsel for defendant shall provide a copy of this order to David Minetree.

4. Counsel and David Minetree are advised that the undersigned will be available to address any issue that may arise during the course of David Minetree's continued deposition.

5. The Clerk of the Court shall mail copies of this Order to counsel of record, and David Minetree at his address of record.

12-19-02
Date

Beth P. Gesner
United States Magistrate Judge