## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

BY FACSIMILE

March 3, 2003

RE: Newsome, et al., v. Up-To-Date Laundry, Inc., et al., S-01-2257

MEMORANDUM FOR COUNSEL

Dear Counsel:

    I have reviewed Plaintiffs' Motion for Leave to Exceed Limits on Interrogatories and Document Requests filed on February 26, 2003.

    In light of the March 17th discovery deadline, I would like to resolve this motion as soon as possible. Accordingly, defendants should file their opposition to Plaintiffs' Motion by the close of business on Wednesday, March 5th. Please fax a copy of your pleading to my chambers by the close of business on March 5th as well.

    Thank you for your attention to this matter. Despite the informal nature of this letter, it will constitute an order of the Court and will be docketed accordingly.

Sincerely,

/s/

Beth P. Gesner
United States Magistrate Judge

cc: Judge Smalkin
    Court File