## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MELVIN NEWSOME, et al .              *

            Plaintiffs,              *

v.              *              Civil Action No:   S01-2257

UP-TO-DATE LAUNDRY, INC., et al.              *

            Defendants.              *

    *    *    *    *    *    *      *    *    *    *    *

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to Exceed Limits on Interrogatories and Requests for Production of Documents and Defendants' Opposition thereto, it is this ___ day of _____, 2003, ORDERED that Plaintiffs' motion be denied (with exception of Document Request No. 33, to which Defendants have agreed to respond).


_____
Beth Gesner
U.S. Magistrate Judge


*1478181*