1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

(Northern Division)

**ORIGINAL**

MELVIN NEWSOME, et al.,            )
                                   )
                       Plaintiffs, )
                                   )
          vs.                      ) Civil Action
                                   )
UP-TO-DATE LAUNDRY, INC., et al.,  ) No. S01-2257
                                   )
                       Defendants. )

– – – – –

**DEPOSITION OF BRAD MINETREE**

Baltimore, Maryland

Thursday, February 13, 2003


The videotaped deposition of **BRAD MINETREE** was convened on Thursday, February 13, 2003, commencing at 10:08 a.m., at the offices of Whiteford, Taylor & Preston, 7 St. Paul Street, Suite 1300, Baltimore, Maryland, before Sal Napolitano, Notary Public in and for the State of Maryland.

    Q.    What else do you look at to determine how the company is doing on a regular basis?

    A.    Cost of doing business.

    Q.    What do you look at, what documents do you look at?

    A.    Financials are presented by our accountant.

    Q.    Financial -- regular financial reports from Mr. Weyrich's firm --

    A.    Yes.

    Q.    -- is that what you're saying?

    You look at the weekly reports on weights, laundry washed?

    A.    Yes.

    Q.    You look at the weekly reports on sales?

    A.    Yes.

    Q.    Anything else that you look at to determine how the company is doing on a regular basis?

    A.    If you can control your labor, which is your biggest expense, other aspects in the company expenditures falls in line.

72

Q. So as far as you're concerned in your ongoing review of company performance, the key indicator for you is the percentage of labor as the -- the labor percentage of revenue, is that right?

A. Yes.

Q. And since you've been president of Up-To-Date Laundry, has that been a regular report that you've received?

A. Yes.

Q. You get that on a weekly basis?

A. Yes.

Q. And Up-To-Date maintains -- and have you received those reports in 2003?

A. Yes.

Q. You received them in 2002?

A. Yes.

Q. Fran Berg prepares those?

A. Yes.

Q. And those documents are kept by Up-To-Date Laundry?

A. Yes.