UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MEMORANDUM

TO: DOCKET CLERK

FROM: NORMA TAYLOR, Secretary to
Magistrate Judge Gesner

SUBJECT: DOCKET ENTRY CIVIL NO. : MJG-02-3018
Sheckles v. CSX Transportation, Inc.

THE FOLLOWING WAS HELD IN CHAMBERS BEFORE MAGISTRATE JUDGE GESNER, ON THE __24th__ DAY OF _March___, 2003:

_____          Status Conference

_____          Scheduling Conference

_____          Telephonic Conference
                 Re: Discovery Dispute Hearing

_____          Pretrial Conference

__x___          Settlement Conference

_____          Chambers Conference
                 Re:_____

_____       Other
                 Re:_____

TERMINATE REFERRAL   *Yes _x___      No_____

DATE: _____       _/s/_____
                             BETH P. GESNER
                             UNITED STATES MAGISTRATE JUDGE

*Unless this block is checked, **DO NOT** terminate referral.

COURT FILE