IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

MELVIN NEWSOME, ET AL.

      Plaintiffs,

      v.                             Civil Action No. S01-2257

UP-TO-DATE LAUNDRY, INC., ET AL.

      Defendants.

**STIPULATION EXTENDING STIPULATED ORDER
REGARDING CONFIDENTIALITY OF DISCOVERY MATERIAL**

      Plaintiffs and Defendants hereby stipulate that documents produced by Murray S.

Simpson pursuant to a subpoena duces tecum and designated as "Confidential," shall be subject

to the terms of the Stipulated Order Regarding Confidentiality of Discovery Material, which was

entered by the Court on January 28, 2002, and that all terms set forth in that Order shall apply

thereto.

/s/_____
Philip J. Simon, #12893
Betty Grdina, #15647
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN
1730 M Street, N.W., Suite 412
Washington, DC  20036-4505
(202) 293-8090
Counsel for Plaintiffs


/s/_____
Jeanne Phelan
WHITEFORD, TAYLOR & PRESTON, L.L.P.
Seven Saint Paul Street
Baltimore, MD 21202-1626
(410) 347-8738
Counsel for Defendants