# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                    Reply to Northern Division Address

March 27, 2003

Elizabeth Betty Grdina, Esquire
Heller, Huron, Chertk of Lerner Simon
1730 M Street, N.W., Suite 412
Washington, D.C.  20036-4517

                              Re:    Newsome v. Up-To-Date Laundry, et al.
                                     WDQ 01-2257
Dear Counsel/Parties:

        This case has been **reassigned** to the judge noted below.  Please note that the letter (s)
preceding the case number above represent the initials of the judge to whom the case has been
reassigned and who will hereafter handle all aspects of the case.  **It is important that you use this
case number on all subsequent papers.**  Any papers which fail to carry the correct case number
may be returned to the sender.

        All papers should be filed in the Clerk's Office, Room 4415.  Please contact the staff
members listed below regarding any problems or questions.

                REASSIGNED TO JUDGE:  William D. Quarles, Jr.
                COURTROOM DEPUTY:     Vinnie Butler
                DOCKETING CLERK:      M. M. Starr

                                        Sincerely,

                                        Felicia C. Cannon, Clerk

                                By:  ___/s/_____
                                        Deputy Clerk

cc:    Judges Smalkin and Quarles
       Courtroom Deputy Clerks
       File
       Civil Report

U.S. District Court (5/2001) - Case reassignment letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov