IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

MELVIN NEWSOME, ET AL.

     Plaintiffs,

     v.

UP-TO-DATE LAUNDRY, INC., ET AL.,

     Defendants.

Civil Action No. S01-2257 (WDQ)

## ORDER

Upon consideration of the Joint Motion to Revise the Scheduling Order, it is hereby

**ORDERED** that the motion is granted, and it is also

**ORDERED** that the Scheduling Order in this case is amended as follows:

| | |
|---|---|
| Discovery deadline, status report to the Court, completion of depositions of statistical experts | May 24, 2003 |
| Motions deadline | June 26, 2003 |

Date: _____

_____
UNITED STATES DISTRICT JUDGE

cc:

Philip J. Simon
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN
1730 M Street, N.W., Suite 412
Washington, DC  20036-4505

Jeanne M. Phelan
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street
Baltimore, MD  21202-1626