IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

MELVIN NEWSOME, ET AL.

    Plaintiffs,

v.

UP-TO-DATE LAUNDRY, INC., ET AL.,

    Defendants.

Civil Action No. S01-2257 (WDQ)

## ORDER

Upon consideration of the Joint Motion to Revise the Scheduling Order, it is hereby

**ORDERED** that the motion is granted, and it is also

**ORDERED** that the Scheduling Order in this case is amended as follows:

| | |
|---|---|
| Discovery deadline, status report to the Court, completion of depositions of statistical experts | May 24, 2003 |
| Motions deadline | June 26, 2003 |

Date: 4/14/3

_____
UNITED STATES DISTRICT JUDGE