IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MELVIN NEWSOME, ET AL.<br><br>    Plaintiffs,<br><br>    v.<br><br>UP-TO-DATE LAUNDRY, INC., ET AL.,<br><br>    Defendants. | Civil Action No. S01-2257 (WDQ) |

## **ORDER**

Upon consideration of the parties' joint motion to revise the Scheduling Order as set forth in their Status Report, it is hereby

**ORDERED** that the September 11, 2002 Scheduling Order is amended as follows:

Depositions of the parties' statistical experts, Charles Mann and Murray Simpson, shall be concluded within (90) days after the Court's ruling on class certification.

Date: _____         _____
                             U.S. DISTRICT JUDGE WILLIAM D. QUARLES

2

cc:

Philip J. Simon
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN
1730 M Street, N.W., Suite 412
Washington, DC  20036-4505

Jeanne M. Phelan
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street
Baltimore, MD  21202-1626

2