IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MELVIN NEWSOME, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>UP-TO-DATE LAUNDRY, INC., ET AL.,<br><br>Defendants. | Civil Action No. S01-2257 (WDQ) |

## ORDER

Upon consideration of the parties' joint motion to revise the Scheduling Order as set forth in their Status Report, it is hereby

**ORDERED** that the September ___, 2002 Scheduling Order is amended as follows:

Depositions of the parties' statistical experts, Charles Mann and Murray Simpson, shall be concluded within (90) days after the Court's ruling on class certification.

Date: 5/30/03

_____
U.S. DISTRICT JUDGE WILLIAM D. QUARLES

2003 MAY 30 P 12: 25
FILED
DISTRICT
BALTIMORE
DEPT