UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MELVIN NEWSOME, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UP-TO-DATE LAUNDRY, INC., et al.<br><br>Defendants. | Civil Action No. S01-2257 (WDQ) |

**ORDER GRANTING CLASS CERTIFICATION**

The Court hereby grants plaintiffs' motion for class certification, as follows:

1. This action is bifurcated into (a) issues affecting African Americans on a class-wide basis, including liability, declaratory and injunctive relief, and punitive damages, and (b) issues of relief peculiar to individuals. The class-wide issues shall be tried first. If necessary, the Court will later determine the means for addressing individual relief.

2. The following class is certified under Rule 23(b)(2), F.R.Civ.P., for purposes of litigating the class-wide issues set forth in ¶ 1:

> All African Americans employed by defendant Up-To-Date Laundry, Inc. as hourly workers in Departments 100 through 500 at any time from August 1, 1998 through the present.

3. The named plaintiffs -- Melvin Newsome, Joseph Lloyd, Veronica Johnson, Herbert Datcher and Rudolph Curtis -- shall represent the class certified in ¶ 2.


Date: _____                    _____
                                          UNITED STATES DISTRICT JUDGE