1

```
 1            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
 2
    MELVIN NEWSOME, et al.    *    CIVIL ACTION S01-2257
 3          Plaintiffs
                              *
 4     vs.                         Baltimore, Maryland
                              *
 5  UP-TO-DATE LAUNDRY, INC,
    et al.                    *    April 3, 2003
 6          Defendants
                       *    *    *    *    *
 7          Deposition of VERONICA JOHNSON, a witness

 8  of lawful age, taken on behalf of the Defendants in the

 9  above-entitled cause, pending in the District Court of

10  the United States for the District of Maryland, before

11  Dawn L. Venker, a Notary Public in and for Baltimore

12  County, Maryland, at 7 St. Paul Street, 15th Floor,

13  Baltimore, Maryland 21202, on 3rd day of April, 2003.

14                *    *    *    *    *
    APPEARANCES:
15

16          PHILIP SIMON, Esquire
                For the Plaintiffs
17
                JEANNE M. PHELAN, Esquire
18              For the Defendants

19  ALSO PRESENT:  BRAD MINETREE

20

21  Reported By:  Dawn L. Venker


                    TOWSON REPORTING COMPANY
                       (410) 828-4148
```

68

1   Mr. Fitzgerald?

2       A   She didn't say much.  She was just -- I
3   don't know, she was like mad.  She really didn't say
4   too much.

5       Q   Other than the meeting with Mr. Fitzgerald,
6   did anyone else in management at Up-To-Date discuss
7   either the open letter or union stuff with you?

8       A   No.  No one else.

9           MR. SIMON:  Can we please take a brief
10  moment.

11          (A recess was taken.)

12      Q   In your answer to interrogatories, you
13  claim that you told Mr. Fitzgerald that Brad Minetree
14  was terrible.

15      A   Uh-huh.

16      Q   What does that mean.

17      A   It means he has a very terrible temper.

18      Q   Tell me about that.  How did you know about
19  that?

20      A   I was there in the plant.  You just know
21  when he gets angry, he just lash out and use profanity.

TOWSON REPORTING COMPANY
(410) 828-4148

69

```
 1   Just cussing at the blacks.  Not me in particular, but
 2   sometimes he get a temper.
 3        Q    How often did this happen?
 4        A    How often do it happen?
 5        Q    Uh-huh.
 6        A    If he -- if he get upset, you know.  I'm
 7   not going to say often.  It wasn't a usual thing he
 8   did.  Now and then he would use profanity.
 9        Q    Do you know why he would get upset on those
10   occasions?
11        A    I don't know why.  Just whatever somebody
12   did or something.  I don't know, you know.
13        Q    Were any -- did any of those situations
14   happen close-up to you that you could see what had
15   happened to make him angry?
16        A    No, he probably seen it before he said.  He
17   seen it and then he said it.
18        Q    I'm asking you if you saw it.  If you knew
19   it.
20        A    No, I did not. I just heard him use
21   profanity.
```

```
1   say anything that you thought was racial?
2        A    I never heard.
3        Q    Did you have much interaction with David?
4        A    No.  Not really.
5        Q    Did you ever hear Nancy say anything you
6   thought was racial?
7        A    Yes.
8        Q    What did you hear her say?
9        A    I heard her on the PA make a statement
10  that, "All blacks want to do is get high, and Latinos,
11  they want something out of life."
12       Q    When did that happen?
13       A    '97 or '98.  I'm not quite sure what year,
14  but it was between those two years.
15       Q    Were you working when this happened?
16       A    I was working.
17       Q    Was it during working time or break time?
18       A    It was during working time.
19       Q    Did you say anything to anybody about that?
20       A    No.  Just talk.  We talked among ourselves
21  and we heard it was like, hmm.  You know, she said
```