1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF MARYLAND

 3                     (Northern Division)


 4

 5     MELVIN NEWSOME, et al.,         )

 6                         Plaintiffs, )

 7          vs.                        ) Civil Action

 8     UP-TO-DATE LAUNDRY, INC., et al., ) No. S01-2257

 9                         Defendants. )

10             _    _    _    _    _

11

12              DEPOSITION OF BRAD MINETREE

13                    Baltimore, Maryland

14                    Thursday, February 13, 2003

15

16     The videotaped deposition of BRAD MINETREE was

17     convened on Thursday, February 13, 2003,

18     commencing at 10:08 a.m., at the offices of

19     Whiteford, Taylor & Preston, 7 St. Paul Street,

20     Suite 1300, Baltimore, Maryland, before Sal

21     Napolitano, Notary Public in and for the State of

22     Maryland.
```

BRYNTESON REPORTING, INC.   (703) 768-8122

14

```
 1        Q.   Have you heard him use it in any other
 2   sense or --
 3        A.   Only time I heard him say anything is
 4   toward me directly.
 5        Q.   Now, do you ever use the term nigger at
 6   the workplace, Up-To-Date Laundry?
 7        A.   What do you mean use the word nigger at
 8   the workplace?
 9        Q.   Okay.  You're the president of Up-To-Date
10   Laundry, right?
11        A.   Yes, I am.
12        Q.   Okay.  How long have you been president
13   of Up-To-Date Laundry?
14        A.   Since 1993-94.
15        Q.   And you've worked there continuously
16   since the 1993-94 time frame, right?
17        A.   Yes.
18        Q.   Okay.  During that time frame have you
19   used the word nigger at the Up-To-Date Laundry
20   plant?
21        A.   Yes.
22        Q.   And have you used that word in front of
```

15

```
 1     black employees?
 2          A.   Describe in front.
 3          Q.   In their hearing.  Within their hearing,
 4     sir.
 5          A.   It's possible.
 6          Q.   Have you ever used -- do you know the
 7     word coon, have you ever heard that word?
 8          A.   I've heard it in my lifetime, yes.
 9          Q.   And do you ever use the word coon?
10          A.   No.
11          Q.   Ever heard the word Kunte Kinte?
12          A.   Only time I heard that was that movie.
13          Q.   What does Kunte Kinte mean to you?
14          A.   It was the name of the gentleman in the
15     movie.
16          Q.   You ever refer to any employee at
17     Up-To-Date Laundry at Kunte Kinte?
18          A.   No.
19          Q.   You ever called Joseph Lloyd Kunte Kinte?
20          A.   No.
21          Q.   Can you give me -- you gave one example
22     of using the word nigger-rig-it.  Can you give me
```

16

1     any other example of how you would use the word
2     nigger during your speech?
3          A.   Not off the top of my head.
4          Q.   Do you think -- strike that.
5               I'm not familiar with this term
6     nigger-rig-it and is it fair to say that
7     nigger-rig-it is defined as not correctly fixing
8     something but instead using old or other used
9     parts to fix something?
10         A.   Yeah.
11         Q.   Well, if you think of any other way in
12    which you use the word nigger during your -- at
13    Up-To-Date Laundry or just as a matter of speech
14    during the course of this deposition, you can let
15    me know, okay?
16         A.   Okay.
17         Q.   Is it fair to say you've only thought of
18    one way you use it right now and that's
19    nigger-rig-it?
20         A.   It's not a thing that I say a lot.
21         Q.   Well, I'm asking when you use it --
22         A.   What's --

BRYNTESON REPORTING, INC.    (703) 768-8122

316

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MARYLAND
 3                       (NORTHERN DIVISION)
 4
 5   MELVIN NEWSOME, et al.,            )
 6                     Plaintiffs,      ) Civil Action
 7        vs.                           ) No. S01-2257
 8   UP-TO-DATE LAUNDRY, INC., et al.,  )
 9                     Defendants.      )
10
11                              Wednesday, May 21, 2003
12                              Towson, Maryland
13
14         DEPOSITION OF BRAD MINETREE (VOLUME II)
15
16         The videotaped deposition of BRAD MINETREE
17   was resumed on Wednesday, May 21, 2003, at 10:15
18   a.m., taken at 15 East Chesapeake Avenue, Towson,
19   Maryland, before Raymond G. Brynteson, RDR-CRR and
20   Notary Public.
21
22
```

BRYNTESON REPORTING, INC.     (703) 768-8122

448

1   was.
2        Q.   Did it have anything to do with race and
3   race characteristics at the company?
4        A.   I can't sit here and say exactly what that
5   report was.  My main concentration was customers
6   and production.
7        Q.   Did you ever hear Dave Minetree use the
8   word nigger at the workplace?
9        A.   In the office.
10       Q.   You did hear him use it in the office?
11       A.   Yes.
12       Q.   Is that appropriate, sir?
13       A.   He said it to me, and no.
14       Q.   Was he ever disciplined for using the word
15  nigger in the workplace?
16       A.   I could not discipline David.
17       Q.   Did you ever propose that David Minetree
18  be disciplined for using the word nigger in the
19  workplace?
20       A.   Well, yes.
21       Q.   Is that in writing?
22       A.   No.

BRYNTESON REPORTING, INC.    (703) 768-8122