1


```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
 2
    MELVIN NEWSOME, et al.    *    CIVIL ACTION S01-2257
 3          Plaintiffs
                              *
 4       vs.                       Baltimore, Maryland
                              *
 5  UP-TO-DATE LAUNDRY, INC,
    et al.                    *    March 26, 2003
 6          Defendants
                   *     *    *    *    *
 7            Deposition of MELVIN NEWSOME, a witness of

 8  lawful age, taken on behalf of the Defendants in the

 9  above-entitled cause, pending in the District Court of

10  the United States for the District of Maryland, before

11  Dawn L. Venker, a Notary Public in and for Baltimore

12  County, Maryland, at 7 St. Paul Street, 15th Floor,

13  Baltimore, Maryland 21202, on 26th day of March, 2003.

14               *    *    *    *    *
    APPEARANCES:
15

16            PHILIP SIMON, Esquire
                 For the Plaintiffs
17
              JEANNE M. PHELAN, Esquire
18               For the Defendants

19  ALSO PRESENT:  BRAD MINETREE


20

21  Reported By:  Dawn L. Venker


                   TOWSON REPORTING COMPANY
                       (410) 828-4148
```

23

```
 1      Q     Why do you say that?
 2      A     Well, I was approached one day in May by
 3   Ms. Nancy after the hearing, and I gave out some
 4   literature -- open letter to Latinos to verbalize so we
 5   could reach them as well because they basically didn't
 6   speak that much English.  We didn't have a rapport with
 7   them.
 8            We had an open letter in Spanish and
 9   English explaining which twenty-eight African-Americans
10   signed it to let them that were not afraid from
11   repercussions, etcetera, from the company.  We gave
12   them that letter.
13            And Ms. Nancy approached me that same day
14   because I give them out during my lunchtime.  She came
15   to me after lunch and said I could do anything I wanted
16   to for those people, but not on her property.
17            Her son Dave at same time verbalized to me
18   if I wanted to keep my job, I should stop trying to
19   cause problems or trouble he said exactly.
20      Q     Did you have anything to say to Nancy after
21   she said, "You can do anything you want with these
```

50

1  stuff like that.
2      Q    Had you made attempts yourself to talk to
3  the Spanish employees?
4      A    Yes.
5      Q    Do you know which ones?
6      A    No.
7      Q    You indicate in the affidavit you told the
8  union people we needed to hand out literature written
9  in Spanish so that the Latinos could understand it
10 better.
11     A    Yes.
12     Q    Did you do that?
13     A    Yes.
14     Q    And that it indicates about three -- two or
15 three weeks after the hearing in late May, "I got
16 literature in Spanish and gave it to a group of five
17 Latinos."  Did that happen?
18     A    It was in May, yes.
19     Q    What literature was it that you got in
20 Spanish?
21     A    It was the open letter just airing

51

1  concerns, asking questions about discrimination,
2  harassment, low pay, wage, etcetera.  Basically just,
3  you know, to let them know that we all have the same
4  plight.  It's no different.  We are not trying to take
5  your jobs or anything.  We just basically have the same
6  concerns.  We want to know if you do.  Something like
7  that.
8       Q    So it is your recollection there was no
9  literature in Spanish other than the open letter?
10      A    They may have some Spanish fliers
11 afterwards, but I'm just talking about the open letter.
12 Before then, no, there was no literature that I know.
13      Q    How did the open letter come about?
14      A    We were at one of the gatherings that the
15 union people had set up to interview some people to
16 file their grievances, and after attending the hearing,
17 I was basically saying that you couldn't -- we couldn't
18 have any conversation with the Latinos if we didn't
19 have anything written in Spanish.
20           So they decided -- we decided at the same
21 time we would take on our so called concerns, and we

108

```
 1        Q    Mr. Newsome, this morning you mentioned
 2   that people who worked in the soil room didn't get
 3   gloves or masks.
 4        A    They didn't have them when I was there.
 5   They had people like Mike Ashley who was supposed to
 6   be -- I guess he was one of the supervisors for that
 7   shift.  He was working without gloves.  Keith Spriggs,
 8   he works without them occasionally.
 9             When soil came across there, such as fecal
10   matter, and the diapers and blood clothes coming across
11   there, they were basically using their hands.  I was
12   like -- I was getting plastic gloves until they ran
13   out.
14             Then after we started talking about it,
15   they got some different gloves.  I guess some of them
16   were tearing up.  They gave some cloth gloves one time
17   with them little blocks dots and stuff on them.  When
18   you got soil that was wet, it would seep through the
19   gloves.  I used to put the plastic ones under the cloth
20   ones because the cloth ones would get wet, and you
21   would still have the urine and all that soaked into the
```

131

```
 1              MR. SIMON:  Objection.  Asked and answered.
 2    He already answered the same question.  Go ahead and
 3    answer it.
 4         A    No.  I'm not aware.
 5         Q    Do you recall if you had any discussion
 6    with anyone regarding this warning notice, Exhibit 4?
 7         A    No.
 8         Q    No, you are not aware, or no, you had no
 9    discussion?
10         A    No, I'm not aware that I had a discussion.
11         Q    In your complaint, you allege that you
12    heard managers at Up-To-Date make racial comments.
13         A    Yes.
14         Q    Tell me what you heard.
15         A    I heard Brad say over on Frederick Avenue
16    when they had the fire and people ran to get the fire
17    extinguisher, he said, "Don't you dumb niggers know how
18    to work a fire extinguisher?"
19         Q    Do you remember when that was?
20         A    It was on the day that they had the fire on
21    or around -- I don't know exactly the date, but I know
```

132

```
 1   they had a fire in the plant.  That was the one where I
 2   worked that same evening till four o'clock in the
 3   evening -- till four o'clock the next morning.
 4        Q    Were you present when Brad said this?
 5        A    Yes.
 6        Q    Where was the tire?
 7        A    Fire was on the dryer closest to the
 8   entrance of the plant.
 9        Q    Who was there other than yourself?
10        A    Dave and all other employees that worked on
11   that shift that day.  The evening shift.
12        Q    Who was operating the dryer?
13        A    Some Latinos that were doing the operation
14   of the dryers.  I don't know their names or anything.
15        Q    And tell me what you saw.

16        A    I saw -- I was on my machine pulling boxes,
17   and we saw smoke on top of the dryer.  And we heard
18   people talking about, "Go get a fire extinguisher.  Go
19   get a fire extinguisher."  So they ran, and they got
20   about one -- they ended up with two fire extinguishers.
21   Neither one of them had anything in them or didn't
```

138

1      A    You mean say anything racial that was
2  discriminating?  I think that is your question, right?
3      Q    (MS. PHELAN)  Yeah.
4      A    No.  I don't think so.  No.
5      Q    Did you ever hear him use the word nigger?
6      A    No.
7      Q    How about Nancy?  Did you ever hear her say
8  anything that you thought was racial?
9      A    No.  No.  No.  No.  I didn't hear her say
10 anything.  No.  Not Ms. Nancy.
11     Q    Did you ever hear her say anything that you
12 thought was discriminatory?
13     A    No.  Oh, wait a minute.  In one of our
14 conversations, she said to me -- in the office, she
15 said, "You know half these people don't deserve the
16 money we give them."  That's when she was talking to me
17 about my six days working and my raise.  She also
18 said -- I'm trying to remember who she said that.  She
19 made a statement when she said, "All those people like
20 to do is get drunk and use drugs."
21     Q    This is in a conversation about the $6?

TOWSON REPORTING COMPANY
(410) 828-4148

143

1  could be a male too if you are homosexual or you
2  bisexual or whatever.  Basically you're doing sexual
3  things or indicating sexual -- you want sexual favors
4  or whatever, but it is about sexual things.
5       Q    Did you ever observe Brad involved in any
6  conduct like that with anyone other than this person
7  named Celeste?
8       A    No.
9       Q    How about David?  Did you ever observe
10 David involved in that kind of conduct?
11      A    Yes.  One day we, were on the line in the
12 new plant, and Keith Spriggs girlfriend, Michelle, she
13 was behind us.  We had boxes pushed up to us that we
14 were supposed -- hospitals that we are supposed to do.
15 Each person had a number of boxes behind them.  Dave
16 and Michelle were behind us, and all of a sudden you
17 didn't see Michelle's head.  We just saw her hands on
18 the boxes.  I looked back, and David was acting as if
19 he was having sex with her from the rear.
20           I spoke to Keith Spriggs about it.  I said,
21 "Man, don't you see Dave acting like he is having sex

144

1  with your girl," and he made a statement to me, "That's
2  the way they play."
3      Q    What happened after that?
4      A    The guys on the line -- we made a comment,
5  "You must be crazy to let a white guy do your girl like
6  that.  If that was us, we would tear his little ass
7  up."  That's what they said, but Keith said it's just
8  the way they play.  Nothing happened.  They were
9  laughing about it.  So we left it alone.  That is his
10 girl.
11     Q    Did you ever observe David engage in any
12 other conduct that you thought was sexual harassment?
13     A    I've seen them play with -- acting as if he
14 was playing with someone.  Run up behind them.  I don't
15 know if it was Joseph Lloyd.  I think Joseph Lloyd was
16 doing something, and Dave ran up behind him and acted
17 as if he was going to have sex with him from the back.
18 I was like -- I was like, "Oh, he must be" -- it was
19 just, I don't know, beyond my concept that he would do
20 that.  I was like is he gay or something like that.
21 Joseph told him go ahead and stop, or something like