1


 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF MARYLAND
 3                        (Northern Division)
 4
 5    MELVIN NEWSOME, et al.,      )
 6              Plaintiffs,        )
 7         vs.                     )   Civil Action
 8    UP-TO-DATE LAUNDRY, INC.,    )   No. S01-2257
 9    et al.,                      )
10              Defendants.        )
11
12                         Baltimore, Maryland
13                         Wednesday, February 5, 2003
14
15              DEPOSITION OF:   NANCY STAIR
16
17         The video deposition of NANCY STAIR was
18    convened on Wednesday, February 5, 2003, commencing
19    at 10:03 a.m., at the offices of Whiteford, Taylor &
20    Preston, 7 St. Paul Street, Baltimore, Maryland,
21    before Karen Hinnenkamp, Registered Merit Reporter
22    and Notary Public.

         BRYNTESON REPORTING, INC.      (703) 768-8122

25

1  performance?
2      A    No.
3      Q    Do you have any reason to doubt his
4  credibility?
5      A    No.
6      Q    How do you refer to blacks, people who
7  are of black color, as a general matter?
8      A    Colored people or blacks or African
9  Americans.
10     Q    Do you ever refer to blacks as niggers?
11     A    Yes.
12     Q    Do you ever refer to blacks as niggers at
13 Up-To-Date Laundry?
14     A    No.
15     Q    Do you ever refer to your employees at
16 Up-To-Date Laundry who are black as niggers?
17     A    No.
18     Q    When have you referred to blacks as
19 niggers?
20     A    West Virginia.
21     Q    So when you're in West Virginia you refer
22 to blacks as niggers?

BRYNTESON REPORTING, INC.      (703) 768-8122

26

```
 1     A    When I lived there.
 2     Q    So you lived there until roughly 1994, is
 3  that fair to say?
 4     A    Yes.
 5     Q    Were you born in West Virginia?
 6     A    No.
 7     Q    What period of time did you live in West
 8  Virginia?
 9     A    1964 to 1993.
10     Q    And in 1993 did you move to Maryland?
11     A    '94 I did.
12     Q    After you left West Virginia in '93 where
13  did you move?
14     A    39 Tanglewood Road.
15     Q    Where is that?
16     A    My father's house.
17     Q    What state?
18     A    Maryland.
19     Q    Okay.  So when you were in West Virginia
20  from 1964 to 1993 you would refer to blacks as
21  niggers?
22     A    It wasn't an everyday word.  It was
```

BRYNTESON REPORTING, INC.      (703) 768-8122

130

```
 1     A     I gave her an honest answer.
 2     Q     And then what did she twist?
 3     A     She wrote up every charge that I called
 4    them niggers, and that's a lie.
 5     Q     Did you tell Carol Uhler-Ford that the
 6    company paid blacks, black workers less than
 7    Hispanic workers because you believed that Latinos
 8    are better workers?
 9     A     Off the record I told her something like
10    that.
11     Q     Did you tell her that Hispanics deserve
12    better pay?
13     A     Not in the deposition, no.
14     Q     Did you tell her off the record?
15     A     Off the record.
16     Q     Did you tell Carol Uhler-Ford that
17    African Americans don't want to do any work?
18     A     Not in the deposition.
19     Q     Did you tell her off the record?
20     A     As a general statement.
21     Q     You made that general statement blacks
22    don't want to do any work, is that fair to say?
```

BRYNTESON REPORTING, INC.     (703) 768-8122