UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MELVIN NEWSOME, et al. <br><br> Plaintiffs, <br><br> v. <br><br> UP-TO-DATE LAUNDRY, INC., et al. <br><br> Defendants. | Civil Action No. S01-2257 (WDQ) |

### NOTICE OF FILING OF LENGTHY EXHIBIT

On June 26, 2003, plaintiffs in the above-styled matter filed a Motion for Class Certification. Tab 2 attached to that filing is a 47-page report by plaintiff's expert Dr. Charles Mann which undersigned counsel has only in paper format and, if scanned, will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format. I certify that within 24 hours of the filing of his Notice, I will file and serve a paper copy of the document identified above.

|  |  |
|---|---|
|     June 26, 2003 | /s/ |
| Date | Philip J. Simon 12893 |
| | Richard A. Salzman |
| | Douglas B. Huron |
| | Betty Grdina 15647 |
| | HELLER, HURON, CHERTKOF |
| | LERNER, SIMON & SALZMAN |
| | 1730 M Street, NW, Suite 412 |
| | Washington, DC 20036 |
| | (202) 293-8090 |
| | |
| | Attorneys for plaintiffs |