# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MELVIN NEWSOME, et al. | * |
| Plaintiffs, | * |
| v. | *   Civil Action No:  01-2257 (WDQ) |
| UP-TO-DATE LAUNDRY, INC., et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' NOTICE OF FILING LENGTHY EXHIBIT

The documents in support of Defendants' Up-To-Date Laundry Inc., Nancy Stair and Bradley Minetree's Motion for Partial Summary Judgment (consisting of Affidavits, Exhibits and excerpts of deposition testimony cited in the supporting Memorandum) exist only in paper format and if scanned will be larger than 1.5 MB.  They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Respectfully submitted,

/s/
_____
Jeanne M. Phelan
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Suite 1300
Baltimore, Maryland  21202
(410) 347-8738

Counsel for Defendants Up-To-Date Laundry, Inc., Nancy Stair and Bradley Minetree

*1500695*