IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MELVIN NEWSOME, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No: 01-2257 (WDQ) |
| UP-TO-DATE LAUNDRY, INC., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO EXTEND DEADLINE
FOR FILING OPPOSITIONS TO PENDING MOTIONS**

Plaintiffs, Melvin Newsome, Joseph Lloyd, Veronica Johnson, Herbert Datcher and Rudolph Curtis, and Defendants, Up-To-Date Laundry, Inc., Nancy Stair and Brad Minetree, jointly request the court to extend the time for filing their Oppositions to Plaintiffs' pending Motion for Class Certification and Defendants' Motion for Partial Summary Judgment from July 14, 2003 until July 21, 2003. In support of this motion, the parties state as follows:

1.  On June 26, 2003, Plaintiffs filed a Motion for Class Certification and Defendants filed a Motion for Partial Summary Judgment. Under the applicable rules of procedure, the responses to these motions would be due July 14, 2003.

2.  The motions filed involve complex issues of law. Due to this complexity and the press of counsels' other business, the parties believe that an additional week is necessary to adequately research and brief these issues for the Court.

Accordingly, the parties jointly request the Court to grant this motion and to enter the attached order extending the deadline for filing the oppositions to the pending motions from July

14 to July 21, 2003.

        Respectfully submitted,

        /s/

        _____
        Philip J. Simon, #12893
        Richard A. Salzman
        Douglas B. Huron
        Betty Grdina #15647
        HELLER, HURON, CHERTKOF,
        LERNER, SIMON & SALZMAN
        1730 M Street, N.W., Suite 412
        Washington, DC 20036-4505
        (202) 293-8090
        (202) 293-7110 (f)

        Counsel for Plaintiffs

        /s/

        _____
        Jeanne M. Phelan
        Whiteford, Taylor & Preston L.L.P.
        Seven Saint Paul Street
        Suite 1300
        Baltimore, Maryland  21202
        (410) 347-8738

        Counsel for Defendants Up-To-Date
        Laundry, Inc., Nancy Stair and Brad Minetree

*1502356*