IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MELVIN NEWSOME, et al.   *

        Plaintiffs,   *

v.   *   Civil Action No:   01-2257 (WDQ)

UP-TO-DATE LAUNDRY, INC., et al.   *

        Defendants.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the parties' Consent Motion to Extend the Deadline for Filing Oppositions to Pending Motions, it is hereby **ORDERED** that the parties' Consent Motion be and hereby is **GRANTED** and that the deadline for filing Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment and for filing Defendants' Opposition to Plaintiffs' Motion for Class Certification hereby is extended from July 14, 2003 to July 21, 2003.

                                              Judge
                                              United States District Court
                                              for the District of Maryland

*1502365*