IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MELVIN NEWSOME, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>UP-TO-DATE LAUNDRY, INC., ET AL.,<br><br>Defendants. | Civil Action No. S01-2257 (WDQ) |

## ORDER

Defendants' partial motion for summary judgment is denied in its entirety.

_____
United States District Judge William D. Quarles

_____
Date