# INDEX

Declaration of Maria Espinosa

Declaration of Michael Kennedy

Declaration of Frank Minniti, Jr.

Deposition excerpts of Rudolph Curtis

Deposition excerpts of Herbert Datcher

Deposition excerpts of John Fitzgerald

Deposition excerpts of Thomas Hendrickson

Deposition excerpts of Veronica Johnson

Deposition excerpts of Joseph Lloyd

Deposition excerpts of Linda Marr

Deposition excerpts of Brad Minetree

Deposition excerpts of Melvin Newsome

Deposition excerpts of Nancy Stair

| | |
|---|---|
| Tab 1 | Maryland Commission on Human Relations Findings for Plaintiffs Rudolph Curtis, Herbert Datcher, Veronica Johnson, Joseph Lloyd and Melvin Newsome |
| Tab 2 | Excerpts from Defendant's Answers to Interrogatories |
| Tab 3 | September 1999 Letter to NLRB |
| Tab 4 | 1998 and 1999 Paychex reports for Plaintiffs Rudloph Curtis, Herbert Datcher, Veronica Johnson, Joseph Lloyd and Melvin Newsome |
| Tab 5 | Excerpts from Defendant's Responses to Document Requests |