STATEMENT OF MARIA ESPINOSA

My name is Maria Espinosa. My nickname is "Lulu." I worked at Up-To-Date Laundry from August 1997 until April 2001. I was a production supervisor and a plant manager and I had responsibility for supervising the second shift. There were about 70 to 80 employees on that shift. I also had responsibilities for hiring and firing employees and I had other duties too.

When I hired employees I filled out a form that contained information about hourly wages and job. I was told by Brad Minetree what hourly wage to pay new employees.

-2-

Brad Minetree was the Vice President and he was involved in the day to day running of the laundry. David Minetree also was a supervisor and was supervising truck drivers in 1998 and 1999. I saw a company publication at the Up to Date Laundry office that listed him as a Vice President. David called himself a Vice President.

I knew that Up to Date was paying black employees less money than Hispanic workers. I told Brad Minetree that he should pay Hispanics and blacks equally. Brad said no and that blacks are lazy. He said to pay blacks $5.15 per hour and Hispanics

MCP.

-3-

$6.00 per hour. I heard Brad and Dave refer to black employees as "niggers" many times and other racist terms.

There also was a general atmosphere of sexual harassment at the company that was created by Brad and David Minetree. I, along with other women employees, was harassed by Brad and Dave. Tammy Richardson told management that she was pregnant with Brad's baby. Nancy Stair then told me to fire Tammy Richardson. I told Brad to stop harassing women.

NCN.

-4-

I heard Brad and Dave say that Hispanics are better workers than blacks. Dave even would repeat this to black up to Date employees.

I met with Carol Uhler-Ford about complaints of discrimination. Before I met with her, Nancy Stair told me to say that I did not hear Brad and David calling people niggers. She also told me that I do not have to answer questions, if I did not want to. I felt pressured about losing my job and the first time I met with Carol Uhler-Ford, I did not tell her about Brad and Davids comments and conduct.   NCEO.

-5-

Before I started at Up to Date, I was a supervisor for quality control at Nutech Laundry for about five years. I am now a production supervisor at HCSC laundry in Baltimore.

MCEN

-6-

I swear under the penalty of perjury that this statement is true and correct to the best of my ability.

_____
MARIA ESPINOSA

1/10/03.
_____
DATE

UCEN