1

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
 2
    MELVIN NEWSOME, et al.    *    CIVIL ACTION S01-2257
 3          Plaintiffs
                             *
 4      vs.                       Baltimore, Maryland
                             *
 5  UP-TO-DATE LAUNDRY, INC,
    et al.                    *    March 25, 2003
 6          Defendants
                 *    *    *    *    *    *
 7              Deposition of RUDOLPH CURTIS, a witness of

 8  lawful age, taken on behalf of the Defendants in the

 9  above-entitled cause, pending in the District Court of

10  the United States for the District of Maryland, before

11  Dawn L. Venker, a Notary Public in and for Baltimore

12  County, Maryland, at 7 St. Paul Street, 15th Floor,

13  Baltimore, Maryland 21202, on 25th day of March, 2003.

14              *    *    *    *    *    *
    APPEARANCES:
15
                RICHARD A. SALZMAN, Esquire
16              PHILIP SIMON, Esquire
                    For the Plaintiffs
17
                JEANNE M. PHELAN, Esquire
18                  For the Defendants

19


20


21  Reported By:  Dawn L. Venker


                    TOWSON REPORTING COMPANY
                      (410) 828-4148
```

12

```
 1        Q      How did that happen?

 2        A      She kept coming to my place of employment

 3   and kept asking me.  Her and David.

 4        Q      Did you eventually give her a date?

 5        A      I don't recall.

 6        Q      How was it that you actually started

 7   working at the plant?

 8        A      Excuse me?  Would you put that in detail?

 9   When I first started?

10        Q      No.  No.  No.  When you came back in 1999.

11        A      I just -- because I was still working at

12   the school.  So eventually I was -- I was talking to

13   the employees at Kibby's because I wasn't making too

14   much there, but I was used to working at the laundry.

15   So I just had to go back.

16        Q      Who did you talk to to actually go back?

17        A      Ms. Stair herself.

18        Q      Did she tell you when to report?

19        A      No.

20        Q      Who was it that told you when to show up

21   for work?
```

```
1        A       Brad.

2        Q       Tell me about the conversation with Brad?


3        A       I don't recall exactly how the conversation

4   went, but Brad is the one that placed me in the soil

5   room.  And as far as hours, it stayed in the afternoon.

6   Then it was just like whatever time you can get here,

7   that's when you start.

8        Q       Your conversation with Brad, was that an

9   in-person conversation, or was that on the telephone?

10       A       It was in person.

11       Q       Did you go to the plant to see him?

12       A       I went to the plant to start work.

13       Q       Did you talk with anyone else other than

14  Brad when you went to the plant that day?

15       A       No, ma'am.

16       Q       What days did you work?

17       A       I don't recall.

18       Q       Who was your supervisor?

19       A       Keith Spriggs.

20       Q       And then did you work in the soil room the

21  entire time that you were there?
```

1          A     Yes.

2          Q     What kind of work did you do there?

3          A     Sorting out bloody linen.  Hospital linen

4    with bacteria in it.

5          Q     So you were working on the line where it is

6    sorted?

7          A     Yes.

8          Q     Did you work anywhere else?

9          A     I wasn't allowed to.  Excuse me.

10         Q     When you say you weren't allowed to, what

11   does that mean?

12         A     I was confined to the soil room.

13         Q     Who told you that?

14         A     Brad.

15         Q     When did he tell you?

16         A     When I started employment at Up-To-Date.

17         Q     Did you ask to work anywhere else?

18         A     Yes.

19         Q     Who did you ask?

20         A     Brad.

21         Q     When did you ask?

15

1       A       When I was employed there.

2       Q       You mean when you started working there?

3       A       Yes.

4       Q       Did you ask him specifically for another

5    place to work?

6       A       Yes.

7       Q       What did you ask him?

8       A       Excuse me?

9       Q       What did you ask him?

10      A       Could I work in another part of the

11   laundry?

12      Q       And what did he say?

13      A       He said, "No, you are going to work in the

14   soil room."

15      Q       Was there anymore to that conversation?

16      A       No.  That I can recall.

17      Q       When you left in the evening, is that when

18   the rest of the soil room workers left?

19      A       Yes, because we was finished.

20      Q       Were you asked to leave before the work in

21   the soil room was finished on any occasion?

16

1      A      Not that I can recall.

2      Q      Do you believe that you were discriminated

3    against by not being given additional hours after the

4    soil room work was over?

5      A      Yes.

6      Q      Tell me why.

7      A      I believe I was discriminated against

8    because there was a lot of work out on the flat floor,

9    as far as where the sheets and blankets were.  There

10   was a time where I could have helped and get more

11   hours.

12     Q      So that's work that was still going on when

13   the soil room work ended at the end of the second

14   shift?

15     A      Yes, ma'am.

16     Q      Were there other employees working in the

17   soil room who were permitted to go out onto the floor?

18     A      Yes, ma'am.

19     Q      Who were they?

20     A      Some Latinos.

21     Q      Who were they?

18

1    goes.

2        Q    Let's talk about decisions.  How would you

3    know that there was work available in the flatwork

4    area?

5        A    Because I heard Brad say things such as,

6    well, you can go and work here and you can go and work

7    there.  And he called me and he said, "You can just go

8    and punch out."

9        Q    It is your testimony Brad was there at the

10   end of your shift?

11       A    Yes.


12       Q    And it is your testimony that Brad told

13   some people to stay and Brad told you to punch out?

14       A    Yes, ma'am.

15       Q    Who else was it that was to punch out when

16   the shift ended?

17       A    I don't recall.

18       Q    Did you ever ask Brad why you couldn't

19   stay?

20       A    Yes.

21       Q    Tell me when that occurred.

19

```
 1      A    I don't recall when it occurred, but it was

 2  a lot of times I have asked.

 3      Q    What did he say?

 4      A    He said, "Because, hey, other people are

 5  here.  Other people want to make time and money, so I

 6  said punch out.  This is my company."

 7      Q    Were the people who were asked to stay

 8  full-time employees?

 9      A    No.

10      Q    How do you know that?

11      A    Well, some people I have never seen before,

12  and he said it was the second shift.  I was working on

13  the second shift.

14      Q    What I'm asking you, though, were they

15  employees who worked the entire shift rather than

16  employees who showed up at some point later on in the

17  shift when they could get there?

18      A    I guess it was some.  I can't recall

19  exactly.

20      Q    Do you know of anyone on this shift who had

21  a schedule like you did where they could just show up
```

```
 1          Q      So you did cuss at him?

 2          A      He provoked me.

 3          Q      Mr. Curtis, the question is did you cuss at

 4    him?

 5                 MR. SALZMAN:  He is answering your

 6    question.

 7          A      Yes, ma'am.

 8          Q      Did you have a conversation with Ms. Stair

 9    about filing a charge of discrimination?

10          A      Yes.

11          Q      When did that conversation occur?

12          A      I don't recall exactly when -- when it

13    occurred, but she called me into her office.  Excuse me

14    if I may.  Whenever she had got her letter from the

15    Human Relations was when she called me into the office.

16          Q      You don't know when that was though?

17          A      I don't know exactly when.  She got the

18    paper -- she got the paper, I think, a day or two

19    before you called me in the office to talk about it.

20          Q      Why do you think that?

21          A      She said, "I see here that you filed
```

36

1   something on me because," she said, "you know why you

2   are in my office."  I told her, "No, I don't."  She

3   pinpoint right there.

4        Q    And then who said what?

5        A    She asked me how could I think she was

6   prejudiced.

7        Q    What did you tell her?

8        A    Because she had made a statement saying

9   blacks are drunks and drug addicts and Latinos do not

10  ask for anything.  And they do all the work.  Blacks

11  don't do anything.

12       Q    So you told her about those statements when

13  she asked, "How could you think I was prejudiced?"

14       A    Well, she said -- she started it off

15  saying, "Latinos don't ask for anything."

16       Q    Mr. Curtis, before it gets too confusing,

17  let's start at the beginning of the conversation.

18       A    Yes, ma'am.

19       Q    She called you into the office?

20       A    Yes, ma'am.

21       Q    Let's go through the conversation person by

68

1    that occasion?

2         A     No, ma'am.

3         Q     I gather you were in the soil room the

4    entire time?

5         A     Yes.

6         Q     Do you remember what hours you worked?

7         A     It was the same shift.  The second shift.

8         Q     Second shift.  Were you still working

9    part-time at the school?

10        A     Yes.

11        Q     So you were working the entire second shift

12   at Up-To-Date?

13        A     Yes.

14        Q     And why was it that you left?

15        A     It was one incident.  I went out on the

16   truck.  Brad asked me go out on the truck with the

17   driver, and when we returned, he asked me what the hell

18   was I doing on the truck and to get my ass in the soil

19   room where I belonged.

20        Q     So you are -- you are saying Brad asked you

21   to go out on the truck?

73

1        A     I mean racial slurs, remarks.

2        Q     Was there any particular remark that caused

3    you to go?

4              MR. SALZMAN:  Are you talking about the

5    second time?

6              MS. PHELAN:  The second time.

7        A     Yeah.  Being called nigger, assholes,

8    mother fuckers, or you can kiss my ass, or that bitch

9    here, that bitch there.  Respect don't cost you

10   anything.  I think they were very unprofessional in a

11   company.

12       Q     We'll go through some of that in detail,

13   but what I'm trying to figure out now, was there any

14   particular event that was kind of the straw that broke

15   the camel's back?  The last straw that caused you to

16   leave the second time?

17       A     Just seeing certain things.  Just seeing

18   different things happen in the company.  I couldn't

19   tolerate that.

20       Q     Let's go through that in detail then.  Tell

21   me what you recall happening.

1                MR. SALZMAN:  We have been going for a

2    while.  Do you want to take a little break.  About an

3    hour and a half?

4                MS. PHELAN:  Yeah. If you want to.

5                MR. SALZMAN:  Take five minutes.

6                (A recess was taken.)

7        Q     Before we took a break, we were starting to

8    talk about -- you indicated that people had made

9    comments that Nancy, Brad -- I don't know if you said

10   David also had made comments?

11       A     Yes.

12       Q     You want to start and go through the entire

13   list of the things that you heard?  So if you want to

14   start -- if it makes sense to start with the first one

15   or to start by person, you tell me how you would like

16   to do it.

17       A     Well, one incident I was in the soil room.

18   Brad -- it was a box up on the big ladder thing against

19   the wall.  Brad told me to get my monkey ass up there

20   and get the box down, which was uncalled for.  I feel

21   was discrimination.  David calling niggers.

TOWSON REPORTING COMPANY
(410) 828-4148

77

1    on that day?

2          A      If he did, I tried to block it out.

3          Q      Did Brad have any other comments that he

4    made that you thought were racial?

5          A      "If you guys hurry up and do this, I'll buy

6    you some chicken because I know you black guys love

7    chicken."  He thought it was all funny.

8          Q      Tell me when that happened.

9          A      Still during the first time I was employed

10   there, when I was working the soil room.

11         Q      Where was Brad?

12         A      Excuse me?

13         Q      Where was Brad at that point?

14         A      In the soil room.

15         Q      Was he working?

16         A      Excuse me?

17         Q      Was he working?

18         A      No.  Just back there, just -- just saying

19   whatever he wanted to say to anybody.

20         Q      Do you recall if anyone said anything in

21   response to that comment?

```
 1        A     I don't recall.

 2        Q     Did you ever see any of the employees

 3   make -- or joke with Brad about him eating chicken?

 4        A     About?

 5        Q     Joke with Brad about him eating chicken?

 6        A     No.

 7        Q     Did you hear any other comments from Brad

 8   that you thought were racial?

 9        A     He said nigger words a lot.

10        Q     What is a lot?

11        A     He said it whenever he felt -- he felt like

12   he wanted to say it.

13        Q     How often did you hear it?

14        A     Anytime I worked at that laundry I heard

15   him say anything like that.

16        Q     Every day you worked there?

17        A     Not every day.  Just about.

18        Q     And where did he say these words?

19        A     In the soil room.

20        Q     Was he talking to anyone in particular?

21        A     At one time he was talking to everybody
```

1    that was working on the line.

2         Q    Tell me what you heard on that time.

3         A    Tell us if we don't hurry our lazy black

4    asses up and hurry and get this work out, we will all

5    be out of a job.

6         Q    Did he use the word nigger?

7         A    Certain times.

8         Q    Well, on that particular thing --

9    particular comment, you told me he said "lazy black

10   asses"?

11        A    Just lazy black asses.

12        Q    Did you ever hear anybody else use the word

13   nigger in the plant?

14        A    David.

15        Q    How about aside from Brad and David, did

16   anybody else use it?

17        A    I never heard his mother use it, she just

18   said that blacks that work in the company are nothing

19   but drug addicts and drunks.

20        Q    How about other than Brad, Nancy and David,

21   did anybody else in the plant use the word nigger?

80

1          A      Not to my knowledge.

2          Q      Never heard it from anybody else?

3          A      No, ma'am.

4          Q      Never heard any of the black employees use

5     the word nigger?

6          A      I could have.

7          Q      Do you recall who used it?

8          A      No, ma'am.

9          Q      Why not?

10         A      Because I don't recall who said it.  You

11    can hear it a -- a lot of different things.

12         Q      Other than the comments you told me about

13    regarding Brad, were there any other comments that you

14    heard Brad make that you thought were racial?

15         A      Well, him saying black women just like to

16    suck penises and stuff like that.  How they like it in

17    the ass and stuff like that.  Excuse my language.

18         Q      When did that conversation occur?

19         A      Throughout my history at working at

20    Up-To-Date Laundry.

21         Q      Throughout all the times you worked there?

81

```
 1        A     Yes, ma'am.

 2        Q     Was there anyone else present when he said

 3   these things?

 4        A     Different people be around different times,

 5   but I don't recall names.

 6        Q     Do you remember who he was talking about?

 7        A     No.

 8        Q     Was he talking specifically to you during

 9   these conversations?

10        A     Yes.

11        Q     What did you say to him?

12        A     Told him I wasn't trying to hear it.

13        Q     Excuse me?

14        A     I told him I wasn't trying to hear it.

15        Q     What does that mean?

16        A     I didn't want to hear that kind of talk.

17        Q     What did he say?

18        A     "I don't care what you want to hear.  This

19   is my fucking company.  I can say what I want to say."

20        Q     Did you ever hear him say any other

21   comments that you thought were racial?
```

1          A     I can't remember right now.

2          Q     Can you recall hearing Brad make comments

3     you thought were racial during the final time that you

4     worked at Up-To-Date?  That time in 1999?

5          A     Yes.  One incident when I was working in

6     the soil room.  He had just got a contract with

7     University -- no, Johns Hopkins Hospital.  We was

8     sorting out the linen, and he told us -- said, "You

9     some black lazy mother fuckers, you should have been --

10    had this shit down.  I bet if I buy your asses some

11    chicken, all piece of your asses would be finished."

12         Q     Do you remember who was there?

13         A     It was the second shift.  It was a lot of

14    new people there.  Yeah, it was a lot of new people

15    there.

16         Q     Do you remember any of the people who were

17    there?

18         A     Not really.  But I remember we bought this

19    pizza.  We sat in the break room on our lunch break and

20    was eating the pizza.  And they had this dog, Up-To,

21    and Ms. Nancy got upset because we didn't share the

83

1    pizza with the dog, so she gave the dog the whole

2    pizza.  Her and Brad was mumbling something, but what

3    it was, I don't know.  But they was angry.

4         Q    How did you know they were angry?

5         A    Because they were upset.  They didn't want

6    to talk to us no more.  Then told us to hurry up and

7    eat the fucking pizza and get our asses back to work.

8         Q    Who was there?

9         A    It was myself and some new employees.

10        Q    Who were the other people there?

11        A    Melvin Newsome was one guy.  I don't recall

12    the other guy's name.

13        Q    Did you think that was based on race?

14        A    Yes, I do.

15        Q    Why was that?

16        A    Because it was just blacks working in that

17    area during that time.  Only blacks was in the soil

18    room, and the Latinos was out on the main floor.

19        Q    The pizza was in the soil room?

20        A    No.  Brad came back in and told us to hurry

21    up and finish that shit and he was going to buy some

85

1      Q      Let's talk about Nancy.  Tell me what

2  comments you recall Nancy making.

3      A      I recall Ms. Nancy Stair making a comment

4  when the laundry was on Frederick Avenue, during the

5  ten-minute break, where she said all the blacks is

6  nothing but drug addicts and alcoholics or drunks, and

7  they all walked out.  She said the Latinos do all the

8  work.  And then she came back.  Some people talked to

9  her and she came back and apologized.  It took her a

10  long while, but she got on the intercom and said it

11  where it was all over the plant.

12      Q      When you said the comment about all blacks

13  are nothing but drug addicts and drunks, that was all

14  made on the intercom?

15      A      Yes.

16      Q      Did something unusual happen that day to

17  cause that comment?

18      A      I don't know what happened.  We was just

19  working and she just get up there and said it.  I don't

20  think she had no right to even say that.

21      Q      Do you remember when this was?

1    Ralph, but I forgot his last name.

2         Q     And I gather you weren't present when they

3    talked to her?

4         A     No, ma'am.

5         Q     But you heard her get on the intercom later

6    and apologize?

7         A     Yes.

8         Q     What did she say?

9         A     She said she apologized for the remarks

10   that were made.  That was it.

11        Q     Did she say anything other than that?

12        A     No.  She just went upstairs and stayed

13   upstairs.

14        Q     Did you ever hear Nancy make any other

15   comments that you thought were racial?

16        A     I thought by her saying that the Latinos

17   work harder than the blacks and the blacks is nothing

18   but drunks and drug addicts, I think that is a strike

19   of discrimination.  You are putting down a race for no

20   apparent reason.

21        Q     That's the conversation on the intercom

89

1    that you told me about?

2        A    She told me this one-on-one when she had me

3    in the office.  She just repeated herself.

4        Q    Let's talk about the one-on-one.  When did

5    she tell you that?

6        A    The time when I had filed this

7    discrimination thing against her.

8        Q    And tell me what it is she said.

9        A    She asked me how could I believe that she

10   was racist or prejudiced.

11       Q    And you said?

12       A    I said, "Because I want equal pay, and we

13   work just about the same hours and do the same length

14   of work and I'm not getting equal pay."

15       Q    What did she say?

16       A    She said she would evaluate me and I would

17   soon -- and that determines if I get the raise.

18       Q    And then what did she say?

19       A    She said no more about it.  I never seen a

20   raise.

21       Q    Well, somehow in that conversation I missed

1          A     I didn't say anything.

2          Q     That was it, that's the end of the

3     conversation?

4          A     Yes, I guess that's the end of the

5     conversation.

6          Q     Were there any other occasions where you

7     heard Ms. Stair say something that you thought was

8     racial?

9          A     I don't know.  I can't recall right now.

10         Q     And then what about David?  What did you

11    ever hear David say that you thought was racial?

12         A     David come in the company every day saying

13    racial things.  Nigger this.  Nigger that.  Or mother

14    fucker or Aunt Jemima.  Kiss my ass, bitch.  Suck my

15    dick.  Fuck you and your mama.  And if you don't like

16    what I'm saying, I'll have my mom fire you, or Brad

17    will get rid of your ass.  We don't fucking need you

18    nigger.  Stuff like that.

19         Q     How often would he say things like that?

20         A     Just about every day.

21         Q     Did you ever see how David talked to the

95

1   Hispanic employees?

2       A     David -- I never seen David say something

3   like that to the Hispanic employees.

4       Q     Did you ever see how Brad interacted with

5   white employees?

6       A     Respectfully.

7       Q     How did David interact with white

8   employees?

9       A     Respectfully.

10      Q     Never saw David get mad at anybody that was

11  white?

12      A     No.  Yeah.  Yes, one time.  This guy --

13  this one guy that was in the soil room, David asked him

14  how could he stand working back there with all that

15  blood and all them black niggers.

16      Q     Did you ever see how David and Brad

17  interacted?

18      A     Yes.  They argued with each other

19  constantly.  They were intoxicated.  Arguing in front

20  of other employees.

21      Q     Did they curse each other?

TOWSON REPORTING COMPANY
(410) 828-4148

1         A     Yes.  They fought in the company before.  I

2    think twice.

3         Q     Did you interact with David for work

4    purposes?

5         A     I worked with David a couple times on the

6    truck.  He would holler out of the truck when people

7    passing by and say get your black ass out of the way

8    nigger.  And stuff like that. He thought it was funny.

9         Q     That would be David driving the truck?

10        A     Yes.

11        Q     And you are working as a helper with him?

12        A     Yes.

13        Q     If David treated you like this, why did you

14   go back when he asked you to go back?

15        A     Like I said, the job was close by me.  I

16   didn't have to go far to go to work.

17        Q     Did you ever talk with David about it?

18        A     Excuse me?  In reference to?

19        Q     Well, David says come back to work.  Didn't

20   you say, "David, why should I come back to work if you

21   call me a nigger and use all these racial terms?"

TOWSON REPORTING COMPANY
(410) 828-4148

1        A      No.  Unh-unh.  Unh-unh.

2        Q      Why not?

3        A      I talked to their mother one time about

4    their attitudes and stuff like that.  She said, "You

5    know how they are."  It wasn't never anything done

6    about it.

7        Q      When did you talk to the mother?

8        A      Soon after I had problems with Brad or

9    David.  It seemed like it didn't matter.

10       Q      Was that during the first time that you

11   were employed there?

12       A      First.  Second.  Third.  Fourth.

13       Q      So you went to Nancy on various occasions

14   about this?

15       A      Yes.

16       Q      Did David specifically use racial terms

17   regarding you?

18       A      Kunta.  Kunta.  It's a lot of stuff.  David

19   would be saying to anybody, any black -- they feel like

20   he can say what he want to say.  He says it.

21       Q      What I'm trying to figure out is if he ever

TOWSON REPORTING COMPANY
(410) 828-4148

1    said it to you?

2           A     Yeah.  Racial slurs to me.

3           Q     What kinds of things did he say to you?

4           A     Get your black ass over here nigger.  You

5    little black mother fucker.  Oh, kiss my ass.  Kiss the

6    head of my dick.  I just look at him.  I'm not trying

7    to be locked up.

8           Q     Excuse me?

9           A     I said I'm not trying to get locked up for

10   people using racial slurs or anything like that.  That

11   stuff hurts.  I'm not ashamed to say that.

12          Q     When you say "it hurts," what do you mean?

13          A     I mean being called racial names and stuff

14   like that.

15          Q     And how did it hurt?

16          A     I mean it hurts your pride.  I mean people

17   call you discriminating things and think it is funny.

18   You are supposed to accept it and stuff like that, but

19   I like my job, so I was doing my job.

20          Q     Between the second time you worked at

21   Up-To-Date and the third, did you work at anywhere

113

```
 1        Q      Did you ever talk with any of the people

 2   who worked with the union?  The organizers or the reps?

 3        A      No, ma'am.

 4        Q      Never ever?

 5        A      No, ma'am.

 6        Q      Did you know Laverne Lipscomb?

 7        A      Excuse me?

 8        Q      Do you know Laverne Lipscomb?

 9        A      Yeah.  Somebody that worked the laundry.

10   If they still do.

11        Q      Did you ever talk with her other than to

12   say hi?

13        A      No, ma'am.

14        Q      Your answer to interrogatories you indicate

15   that Brad told you that Hispanic employees such as

16   Santos worked harder, then fired you?

17        A      Yes.

18        Q      Tell me about that.

19        A      He said Santos -- Brad said that Santos

20   worked harder than five blacks put together.

21        Q      And how did that come up?
```