1

```
 1           IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND
 2
    MELVIN NEWSOME, et al.   *   CIVIL ACTION S01-2257
 3         Plaintiffs
                            *
 4      vs.                     Baltimore, Maryland
                            *
 5  UP-TO-DATE LAUNDRY, INC,
    et al.                  *   March 13, 2003
 6         Defendants
                 *    *    *    *    *
 7           Deposition of HERBERT DATCHER, a witness of

 8  lawful age, taken on behalf of the Defendants in the

 9  above-entitled cause, pending in the District Court of

10  the United States for the District of Maryland, before

11  Dawn L. Venker, a Notary Public in and for Baltimore

12  County, Maryland, at 7 St. Paul Street, 15th Floor,

13  Baltimore, Maryland 21201, on 13th day of March, 2003.

14             *    *    *    *    *
    APPEARANCES:
15
                BETTY GRDINA, Esquire
16              PHILIP SIMON, Esquire
                   For the Plaintiffs
17
                JEANNE M. PHELAN, Esquire
18                 For the Defendants

19  ALSO PRESENT:  BRAD MINETREE

20  Reported By:  Dawn L. Venker

21            H E R B E R T   D A T C H E R,
```

TOWSON REPORTING COMPANY
(410) 828-4148

113

1
2      Q     Mr. Datcher when we were talking this
3  morning, you indicated that you showed up at a union
4  hearing.  How did you get involved with the union at
5  Up-To-Date?
6            MS. GRDINA:  Objection.
7      Q     You can go ahead and answer.
8      A     The union -- we got involved with the union
9  because we weren't getting paid enough money.  We were
10 being discriminated against, and we wanted better pay,
11 more hours, better working conditions and everything.
12 That's how we got involved with the union.
13     Q     When you say "more hours," what does that
14 mean?
15     A     We wanted better pay for the hours that we
16 were working.  Everyone wanted -- everyone that was in
17 there in their different departments to be paid the
18 same.  No one to be paid more than the other person.
19 Everybody that was in there, we wanted them to be paid
20 the same.  Whatever -- if you worked in the soil room,
21 the soil room and dryers and the press should have

115

```
 1     A    We were complaining because we were
 2   getting -- some of us who were black were getting less
 3   hours to work.  Others who were Hispanic were getting
 4   more hours and they were being paid more and we were
 5   being paid less.
 6     Q    Who was it that was black was getting less
 7   hours to work?
 8     A    All of the black employees except for the
 9   company employees that were black that were
10   supervisors.  Under them, all of the -- all of the
11   above that were black were being paid less.
12     Q    So it is your testimony that aside from
13   supervisors, anybody who was a black employee was being
14   paid less?
15     A    Supervisors were not included in this.
16   Supervisors, if they were black, if they were white, if
17   they were Hispanic, they were not included in the union
18   thing.  All supervisors were company people.  They were
19   not -- not included in the union.  That was
20   Up-To-Date's choice.  They didn't want them included in
21   that.
```

123

```
1       A       There was hearing, yes.
2       Q       Was there testimony taken?
3       A       No, there was not.
4       Q       What happened?
5       A       As I stated, the only thing that I had to
6   do and the only thing the other five individuals that
7   we had to do was to show up.  By us showing up, they
8   stated that employees of Up-To-Date of the
9   African-American race wanted a union and felt as though
10  they were being discriminated against.
11      Q       Who stated that?
12      A       I said that's all we had to do.  No one
13  stated anything.
14      Q       All you had to do was show up?
15      A       All we had to do was show up.
16      Q       Was there anyone other than
17  African-American employees there?
18      A       Speedy.
19      Q       How is it that you found out about the
20  hearing?
21      A       The union told me about the hearing.
```

142

1     Q    Did he ever come back?

2     A    I never seen the guy. I never seen him no more.

4     Q    Were there any other situations where you heard Brad use racial terms?

6     A    I've seen Brad and heard Brad cuss people out and call them niggers, mother fuckers and things like that.

9     Q    Tell me about a specific incidence.

10    A    I can't say a specific incidence at these specific times, you know, when Brad said these things. Brad was hot tempered, you know. If things weren't going right for him, he would take it out on other people.

15    Q    Did you ever see him take it out on a Hispanic employee?

17    A    No.

18    Q    Did you ever see him take it out on a white employee?

20    A    No.

21    Q    Were there any Hispanic or white employees

TOWSON REPORTING COMPANY
(410) 828-4148

144

```
 1    the plant that had a good rapport with Brad?
 2        A    Supervisors.
 3        Q    Who among the supervisors?
 4        A    All of them.
 5        Q    You indicated that -- in your answer to
 6    interrogatories that you heard Brad tell the workers in
 7    the soil room, "You mother-fucking niggers, you are
 8    working too damn slow. I should fire the lot of you."
 9        A    Yes, he did.
10        Q    Do you remember that?
11        A    Yes, I do.
12        Q    When did that happen?
13        A    That happened when we were up on De Soto
14    Road, I believe it was.  The order came in.  Everybody
15    was like tired.  Brad came in.  I don't know what he
16    was pissed off about, but he had a bad disposition
17    about -- started cursing and stuff.  Saying all kinds
18    of names and crazy shit, and everybody else did what
19    they always did when Brad started talking, like, crazy
20    shit.  Just ignored his ass.
21        Q    Where were you working at that time?
```

145

```
 1      A    At that time I was working in the soil room
 2  too. I ignored Brad like everybody else did.  Let him
 3  just blow over.  Say what he got to say.  After he
 4  gone, we continued to work.  While he was there
 5  bellowing and saying what he said, I stopped and
 6  listened.
 7      Q    You indicated that you heard Brad accuse
 8  Kimberly Gray, who is -- I assume, that is your wife,
 9  right?
10      A    Yes.
11      Q    Of giving blow jobs in the back of the
12  plant?
13      A    Yes, I pulled Brad up about that.  And I
14  discussed it with Brad.
15      Q    Tell me what happened.
16      A    I discussed it with Brad and I let it go.
17      Q    No.  No.  I want to know what happened.
18  Did you hear --
19      A    I discussed it with Brad and I let it go.
20      Q    Mr. Datcher, please listen to the question
21  and answer the question.  The question is what did
```

154

```
1       A    Spear chucker.  Step fletchered.  Said
2    nigger couple of times.  Did you see "that boy" do this
3    and that.  Other than that, from those few times before
4    him and his brother started arguing with each other and
5    having their differences before -- before Dave was
6    excluded away from the plant, I didn't hear anything
7    else from him.
8       Q    I didn't understand what you meant by that.
9       A    By excluding him away from the plant?
10      Q    You mean when he was excluded from the
11   plant you didn't hear anything from him?
12      A    No, you only heard from Dave when he was on
13   the plant.  It became a time when -- if Dave was there,
14   Brad would wait till -- wait till Dave left, or if Brad
15   was there, Dave would wait until Brad left.  They
16   didn't confront each other.  They couldn't stand each
17   other.
18      Q    What did you observe that led you to
19   believe that they couldn't stand each other?
20      A    Brad called the police on Dave for
21   threatening him and his mother with a gun.
```

157

```
 1      Q    The question was did Dave use any of those
 2  terms directed toward you?
 3      A    Sometimes, yes.  Sometimes, no.
 4      Q    Tell me about the circumstances where he
 5  used them directly towards you.
 6      A    Sometimes he would like come in and say,
 7  "What's up, nigger?"  Who is nigger?  You know.  You
 8  know my man.  My man.  My man.  Like that.  I'm like,
 9  go ahead Dave.  I just wouldn't pay him no mind after
10  that because, I mean, you know, I had a job to do, and
11  even though these -- these things were being said, I
12  knew I had a family to support.  I just let it breeze
13  on by.
14      Q    Are there any other circumstances where you
15  can recall where he used any racial terms towards you?
16      A    No, I can't.  No, I can't.
17      Q    Did you ever use the term nigger?
18      A    No.
19      Q    Never ever in your life?
20      A    No.  I don't use it.
21      Q    Did anyone else you worked with at
```

161

```
 1   discriminated against because of your race other than
 2   at Up-To-Date?
 3        A    No.
 4        Q    See, we didn't get a chance to talk about
 5   Nancy.  Did you ever hear Nancy use racial terms?
 6        A    Yes.
 7        Q    Tell me what you heard Nancy say.
 8        A    We were working -- I was working on the
 9   dry -- dry linens part of the company where the girls
10   separate the gowns and baby clothes and stuff.  And
11   Nancy said that the Hispanic workers work better than
12   we do.  Better work, hours and everything.  I stopped
13   and I asked her, I said, "Oh, Ms. Nancy, how can you
14   say that?  We all put in the same amount of work all
15   the time.  How can you say one person is lazy and
16   another person isn't lazy?"  That's how I stated it.
17   Then after that, Brad pulled me up and said that I had
18   better not ever talk to his mother again or I wouldn't
19   have a fucking job.  That's when I didn't say anything
20   else to Ms. Nancy because I still wanted my fucking
21   job.
```

188

```
 1          MS. GRDINA:  Objection.  You are asking him
 2   to state a legal conclusion.
 3          MS. PHELAN:  I'm asking him who would be
 4   the person who was getting the hours.
 5     A    We all worked the same amount of hours
 6   until I was took off of the dryers and forced to work
 7   in the soil room, forced to learn how to work -- forced
 8   to work in the soil room.  So while I was in the soil
 9   room, I asked to learn how to -- I asked John
10   Fitzgerald.
11     Q    Mr. Datcher, we need to focus on the
12   question.  Who are the people you are comparing
13   yourself to with respect to loss of hours?
14     A    Loss of hours.  Loss of hours.  Consisted
15   of when we were at De Soto Road, and this was around
16   the time of the union elections.  My hours were
17   dwindling down to nothing.  I went from 80-some hours
18   down to maybe 35 some weeks.  One week I think it was
19   35.  Another week I think it was 30.  Another week I
20   think it was 25.  I think I made 20 one week.  My hours
21   were dwindled down dramatically from being -- after I
```

TOWSON REPORTING COMPANY
(410) 828-4148

```
 1   signed -- after we put the open letter to Latinos out
 2   in fliers and stuff, my name was on the list, and
 3   anyone who signed this list was on the hit list by the
 4   company to get rid of them.  Anything that they said or
 5   did.  If they worked or moved slow or anything, the
 6   company wanted to get rid of them because they didn't
 7   want them no longer working.
 8        Q    Mr. Datcher, we need to focus on the
 9   question.
10        A    I'm answering the question.
11        Q    The question is who is it we should look to
12   find out how many hours you lost?  Who was working the
13   hours you lost?
14             MS. GRDINA:  Objection.  You are asking him
15   to answer in a legally --
16             MS. PHELAN:  I'm not asking him.  There is
17   nothing wrong, Ms. Grdina, about asking him who in the
18   plant was working the hours that he claimed should have
19   been his.
20             MS. GRDINA:  You are asking him to state a
21   comparator, and he doesn't understand the concept.
```

200

```
 1   Square or Bayview.  Another part of Johns Hopkins.
 2   Ship or boat.  Pentagon.
 3        Q    Were Hispanic workers supervised by a
 4   different supervisor?
 5        A    LuLu, Roger and Sunny was the Hispanic
 6   supervisor.  Elijah Sewell, he was the supervisor for
 7   the blacks.  Him and Doug and John.  We had different
 8   supervisors.  I don't think anyone -- anyone of the
 9   black supervisors could speak Spanish.  So they had
10   their own supervisor.
11        Q    And is it your testimony that the hispanics
12   worked later than you did?
13        A    They worked longer hours than we did, yes,
14   at that time because my hours and the other people's
15   hours in the soil room were diminished.
16        Q    Were the Hispanic workers first shift
17   workers that were working after the first shift?
18        A    These workers came in the same time we came
19   in.  They were part of the second shift that I
20   believed.  The first -- the first shift of Hispanic
21   workers, if any, at that time that worked -- on De Soto
```

222

```
1    Q    When was that?
2    A    This was in '99.
3    Q    Do you recall how long she was on bed rest?
4    A    Huh?
5    Q    Do you recall how long she was on bed rest?
6    A    The whole time she was pregnant.
7    Q    The whole nine months?
8    A    Yes, the whole nine months.
9    Q    When was your baby born?
10   A    January 2000.
11   Q    You indicated in the answer to
12   interrogatories that you knew that David Minetree had a
13   handgun?
14   A    Yes.
15   Q    At work?
16   A    Uh-huh.
17   Q    Tell me how you knew that.
18   A    Everyone knew that Dave had a handgun.
19   Q    How did everyone know that?
20   A    Because Dave said that he had a handgun,
21   and everyone knew that Dave was not a liar.
```

223

```
1      Q     Did Dave tell you he had a handgun?
2      A     Of course.
3      Q     Do you remember the circumstances?
4      A     He was saying how he had a handgun and how
5  he had rifles and stuff.  How he went hunting.
6      Q     Did Mr. Minetree -- did Dave ever threaten
7  you with a gun?
8      A     No.  Only person he ever threatened was his
9  brother.
10     Q     How do you know that?
11     A     Because they argued all the time.  They
12 didn't really get along.  That's why they -- Brad had
13 Dave excluded from the property.  He couldn't come on
14 the property while Brad was on the property.
15     Q     Let's focus on the question.
16     A     You asked me the question.
17     Q     The question is how you know that Dave
18 Minetree threatened Brad Minetree with the gun?
19     A     Because Brad said so.
20     Q     You didn't see it?
21     A     I didn't see it.  He said so.  So I
```