1

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
 2
     MELVIN NEWSOME, et al.     *     CIVIL ACTION S01-2257
 3               Plaintiffs
                                *
 4       vs.                          Baltimore, Maryland
                                *
 5   UP-TO-DATE LAUNDRY, INC,
     et al.                     *     March 26, 2003
 6               Defendants
                     *      *      *      *      *
 7               Deposition of MELVIN NEWSOME, a witness of

 8   lawful age, taken on behalf of the Defendants in the

 9   above-entitled cause, pending in the District Court of

10   the United States for the District of Maryland, before

11   Dawn L. Venker, a Notary Public in and for Baltimore

12   County, Maryland, at 7 St. Paul Street, 15th Floor,

13   Baltimore, Maryland 21202, on 26th day of March, 2003.

14                 *      *      *      *      *
     APPEARANCES:
15
16               PHILIP SIMON, Esquire
                    For the Plaintiffs
17
                 JEANNE M. PHELAN, Esquire
18                  For the Defendants

19   ALSO PRESENT:  BRAD MINETREE

20

21   Reported By:  Dawn L. Venker


                  TOWSON REPORTING COMPANY
                      (410) 828-4148
```

13

```
 1        A      I basically told my co -- well, I

 2   basically, after talking to the coworkers, found out

 3   that they had some of the same concerns that I did


 4   about low pay, verbal abuse, being called niggers at

 5   certain times, sexual harassment, job scheduling,

 6   putting in the soil room rather than on the flat where

 7   the clean laundry was where most of the coworkers,

 8   Latinos, worked.

 9              Basically that's how we came to a decision

10   that we were all being treated unfairly on several

11   occasions no matter how long we had been there.  Some

12   people didn't have vacations.  They were concerned

13   about that.  No sick leave.  Stuff like that.  That was

14   our concerns, and that's what brought us to an

15   agreement that we needed to have some kind of

16   organization to see if we could get a better workplace.

17        Q      When did you come to that agreement that

18   you needed organization?

19        A      Sometime in May.

20        Q      When did your organizing effort start?

21        A      Sometime in May.  Around the beginning
```

1        Q     I assume that the hearing was preceded by

2    perhaps decisions and meetings regarding the union?

3        A     No.

4        Q     Prior to May 11th, 1999, you never

5    discussed the union with anybody?

6        A     You mean before May 11th or after May 11th?

7        Q     Before May 11th.

8        A     Before May 11th I basically -- I just spoke

9    to workers concerning our concerns.

10        Q     What I want to do is trace that back to the

11    very beginning, and tell me how the whole concept of

12    thinking about the union started.

13        A     You know -- well, we were at the old plant.

14    Some union workers there showed up.  I think one of

15    them name was Rachel from D.C.  They basically were

16    interviewing people while we were waiting to go catch

17    our ride at Up-To-Date at De Soto Road, and they

18    basically asked how was our working conditions.  Did we

19    feel we had fair pay.  Did we have vacation time, sick

20    time, annual leave.  Stuff that unions usually have on

21    their jobs.  And we basically expressed no.  That's how

23

1      Q      Why do you say that?

2      A      Well, I was approached one day in May by

3   Ms. Nancy after the hearing, and I gave out some

4   literature -- open letter to Latinos to verbalize so we

5   could reach them as well because they basically didn't

6   speak that much English.  We didn't have a rapport with

7   them.

8           We had an open letter in Spanish and

9   English explaining which twenty-eight African-Americans

10   signed it to let them that were not afraid from

11   repercussions, etcetera, from the company.  We gave

12   them that letter.

13           And Ms. Nancy approached me that same day

14   because I give them out during my lunchtime.  She came

15   to me after lunch and said I could do anything I wanted

16   to for those people, but not on her property.

17           Her son Dave at same time verbalized to me

18   if I wanted to keep my job, I should stop trying to

19   cause problems or trouble he said exactly.

20      Q      Did you have anything to say to Nancy after

21   she said, "You can do anything you want with these

27

1    schedule?  Was there a schedule posted?

2         A    Yes.  It was for all workers.

3         Q    Where was this posted?

4         A    It was posted on the wall as you came into

5    the plant on the right -- left-hand side before you go

6    to the office door.

7         Q    And what did it look like?

8         A    It was on yellow paper, and it had a

9    schedule of everybody for evening and day shift.

10        Q    It was the hours that you were assigned to?

11        A    The days that you were assigned to work.

12   Didn't have the hours.  Basically we had schedule.  You

13   were on 2:00 -- you were wither on 7:00 to 3:00 or

14   either 2:30 to 11:00 or until the work was done.

15        Q    So it just told you if you were off on

16   particular days?

17        A    Yes.

18        Q    When did your schedule change?

19        A    It started changing after I gave out the

20   open letter.  Sometime in May through -- I don't know

21   exactly what date, but it started altering between May

1      A    Yes, he did.

2      Q    Why did you not go out on the floor?

3      A    Because John said I didn't have to and told

4  me I could go home.

5      Q    Why was it that you wanted to go home

6  rather than work?

7      A    Because I had completed the shift that he

8  gave me.  I wanted to go back to flatwork where I was

9  scheduled to, where I usually had been working.  I

10  didn't understand why he wanted to switch me to the

11  soil room anyway.

12      Q    Did you ask anybody why they switched you

13  to the soil room?

14      A    I asked them.  I just asked them, "Is

15  this" -- I asked Lulu.  She said she didn't know.  On

16  one occasion, she told me just to go back pulling

17  boxes, and she told me any time that they scheduled me

18  for the soil room to let her know when she was there.

19  But she wasn't there always.

20      Q    There was one occasion where you talked

21  with her where she took you out of the soil room and

43

1      Q    Why was it that you called AFSCME?

2      A    Basically because you had a group of people

3  that felt that they were being discriminated against.

4      Q    So we talked earlier in this deposition

5  about discussions you had with other workers who felt

6  they had been discriminated against.  Is that what you

7  are referring to?

8      A    Yes.

9      Q    So those conversations led you to call

10  AFSCME?

11     A    Yes.

12     Q    You state that you noticed every time an

13  African-American left or was fired they would be

14  replaced with a Mexican.

15     A    A Latino or Mexican, yes.

16     Q    Tell me about that.  Where did you get that

17  information?

18     A    Well, when I first went to work in the

19  plant, it was basically all African-Americans.  As

20  people started leaving, I saw they were not being

21  replaced by African-Americans, which in the

50

1    stuff like that.

2         Q     Had you made attempts yourself to talk to

3    the Spanish employees?

4         A     Yes.

5         Q     Do you know which ones?

6         A     No.

7         Q     You indicate in the affidavit you told the

8    union people we needed to hand out literature written

9    in Spanish so that the Latinos could understand it

10   better.

11        A     Yes.

12        Q     Did you do that?

13        A     Yes.

14        Q     And that it indicates about three -- two or

15   three weeks after the hearing in late May, "I got

16   literature in Spanish and gave it to a group of five

17   Latinos."  Did that happen?

18        A     It was in May, yes.

19        Q     What literature was it that you got in

20   Spanish?

21        A     It was the open letter just airing

51

1    concerns, asking questions about discrimination,

2    harassment, low pay, wage, etcetera.  Basically just,

3    you know, to let them know that we all have the same

4    plight.  It's no different.  We are not trying to take

5    your jobs or anything.  We just basically have the same

6    concerns.  We want to know if you do.  Something like

7    that.

8         Q     So it is your recollection there was no

9    literature in Spanish other than the open letter?

10        A     They may have some Spanish fliers

11   afterwards, but I'm just talking about the open letter.

12   Before then, no, there was no literature that I know.

13        Q     How did the open letter come about?

14        A     We were at one of the gatherings that the

15   union people had set up to interview some people to

16   file their grievances, and after attending the hearing,

17   I was basically saying that you couldn't -- we couldn't

18   have any conversation with the Latinos if we didn't

19   have anything written in Spanish.

20              So they decided -- we decided at the same

21   time we would take on our so called concerns, and we

TOWSON REPORTING COMPANY
(410) 828-4148

54

```
1        Q      Who typed the English version?

2        A      I don't know.

3        Q      And when was the open letter signed?

4        A      Somewhere between -- after the hearing and

5   somewhere before the end of May at the meeting.  After

6   we had the translation and everything brought to us.  I

7   think it was in a day or so after we had the meeting.

8   We looked it over, and the people at the meeting, they

9   signed it.

10        Q      How did that happen?

11        A      They just had another meeting because they

12   had one every day scheduled to try to reach people.

13   They would be there every day until people get off of

14   their jobs.  They would try to catch them.  In the

15   plant, we would just tell people to try to meet down

16   after your shift, and they would talk to them.  That's

17   how they brought the letter up that we had talked about

18   the day or two before and asked us to read it over, and

19   if we agreed with it, would we sign it.  And we did.

20        Q      Was there anyone who signed the letter who

21   wasn't at the meeting to put it together?
```

62

1    day away, I assumed that the raise went with it.

2          Q     Did you ask him about that?

3          A     No.

4          Q     On page five of the affidavit, in the

5    middle of the page, about line twelve through thirteen,

6    you said, "The hours have decreased since going to the

7    hearing in early May from what I normally got.  37.25

8    hours a week to as low as 20 hours a week."

9          A     Yes.  I said that.

10         Q     Is 37.25 -- was that what you normally got?

11               MR. SIMON:  Objection.  Asked and answered.

12   You can go ahead and try to answer it.

13         A     As I said, it was around thirty some after

14   they took out the lunchtime five days a week.  I don't

15   know if it was 37.5, or whatever, but I know it wasn't

16   forty that I expected.

17         Q     And when you got twenty hours a week, was

18   that twenty hours on five days or twenty hours on fewer

19   days?

20         A     Twenty hours on five days.

21         Q     Did you ever work any extra days during

63

1    that period?

2        A      No.  They didn't schedule me -- schedule me

3    for any.

4        Q      Did you volunteer for any?

5        A      Yes.

6        Q      What extra days did you volunteer for?

7        A      Any day.  Overtime.  I think I worked one

8    Saturday.  Sonny, I guess he didn't have anybody else.

9    Reginald Everette and myself, we worked on a Saturday.

10       Q      So Saturdays was normally your day off?

11       A      Yes.  Well, according to my normal

12   schedule, but since I had my schedule altered between

13   Tuesdays and Thursday and Monday and Wednesday, you

14   know, that Saturday was off.  I was scheduled to be off

15   that Saturday that I worked, yes.

16       Q      Did you ever volunteer for Sunday work?

17       A      I volunteered for any work they had.

18       Q      How did volunteering for Sunday work

19   happen?

20       A      I just walked up to them, and I asked them

21   did they need somebody for overtime.  That was

TOWSON REPORTING COMPANY
(410) 828-4148

64

1    basically how it went.  If they didn't have you on the

2    schedule -- because on some of those, after they

3    changed my schedule, I was scheduled to work on

4    Sundays.

5         Q     Who did you ask to work overtime?

6         A     Well, the first person I asked was I asked

7    John Fitzgerald.  I ended up speaking to Ms. Nancy

8    about it.  I spoke to Brad about it on occasion.

9         Q     When did you speak with John Fitzgerald?

10        A     It was like numerous occasions, but I don't

11   know exactly which month it was or what date it was.  I

12   was always asking why wasn't I scheduled to get

13   overtime, or when somebody else was working, why

14   couldn't I continue working.  Couldn't they put me on a

15   day shift schedule.  I even asked Brad about why

16   couldn't they put me on a day shift.  He said they had

17   no more openings on the day shift after they changed

18   our shift from the seven o'clock to seven.  Because

19   when they went to the new plant, that's what they were

20   doing, seven to seven.

21        Q     When did you make the request to go on day

108

1        Q      Mr. Newsome, this morning you mentioned

2   that people who worked in the soil room didn't get

3   gloves or masks.

4        A      They didn't have them when I was there.

5   They had people like Mike Ashley who was supposed to

6   be -- I guess he was one of the supervisors for that

7   shift.  He was working without gloves.  Keith Spriggs,

8   he works without them occasionally.

9             When soil came across there, such as fecal

10  matter, and the diapers and blood clothes coming across

11  there, they were basically using their hands.  I was

12  like -- I was getting plastic gloves until they ran

13  out.

14             Then after we started talking about it,

15  they got some different gloves.  I guess some of them

16  were tearing up.  They gave some cloth gloves one time

17  with them little blocks dots and stuff on them.  When

18  you got soil that was wet, it would seep through the

19  gloves.  I used to put the plastic ones under the cloth

20  ones because the cloth ones would get wet, and you

21  would still have the urine and all that soaked into the

TOWSON REPORTING COMPANY
(410) 828-4148

131

```
 1              MR. SIMON:  Objection.  Asked and answered.

 2    He already answered the same question.  Go ahead and

 3    answer it.

 4         A     No.  I'm not aware.

 5         Q     Do you recall if you had any discussion

 6    with anyone regarding this warning notice, Exhibit 4?

 7         A     No.

 8         Q     No, you are not aware, or no, you had no

 9    discussion?

10         A     No, I'm not aware that I had a discussion.

11         Q     In your complaint, you allege that you

12    heard managers at Up-To-Date make racial comments.

13         A     Yes.

14         Q     Tell me what you heard.

15         A     I heard Brad say over on Frederick Avenue

16    when they had the fire and people ran to get the fire

17    extinguisher, he said, "Don't you dumb niggers know how

18    to work a fire extinguisher?"

19         Q     Do you remember when that was?

20         A     It was on the day that they had the fire on

21    or around -- I don't know exactly the date, but I know
```

TOWSON REPORTING COMPANY
(410) 828-4148

132

1    they had a fire in the plant.  That was the one where I

2    worked that same evening till four o'clock in the

3    evening -- till four o'clock the next morning.

4         Q      Were you present when Brad said this?

5         A      Yes.

6         Q      Where was the tire?

7         A      Fire was on the dryer closest to the

8    entrance of the plant.

9         Q      Who was there other than yourself?

10        A      Dave and all other employees that worked on

11   that shift that day.  The evening shift.

12        Q      Who was operating the dryer?

13        A      Some Latinos that were doing the operation

14   of the dryers.  I don't know their names or anything.

15        Q      And tell me what you saw.

16        A      I saw -- I was on my machine pulling boxes,

17   and we saw smoke on top of the dryer.  And we heard

18   people talking about, "Go get a fire extinguisher.  Go

19   get a fire extinguisher."  So they ran, and they got

20   about one -- they ended up with two fire extinguishers.

21   Neither one of them had anything in them or didn't

138

1     A    You mean say anything racial that was

2    discriminating?  I think that is your question, right?

3     Q    (MS. PHELAN)  Yeah.

4     A    No.  I don't think so.  No.

5     Q    Did you ever hear him use the word nigger?

6     A    No.

7     Q    How about Nancy?  Did you ever hear her say

8    anything that you thought was racial?

9     A    No.  No.  No.  No.  I didn't hear her say

10    anything.  No.  Not Ms. Nancy.

11     Q    Did you ever hear her say anything that you

12    thought was discriminatory?

13     A    No.  Oh, wait a minute.  In one of our

14    conversations, she said to me -- in the office, she

15    said, "You know half these people don't deserve the

16    money we give them."  That's when she was talking to me

17    about my six days working and my raise.  She also

18    said -- I'm trying to remember who she said that.  She

19    made a statement when she said, "All those people like

20    to do is get drunk and use drugs."

21     Q    This is in a conversation about the $6?

1    could be a male too if you are homosexual or you

2    bisexual or whatever.  Basically you're doing sexual

3    things or indicating sexual -- you want sexual favors

4    or whatever, but it is about sexual things.

5        Q    Did you ever observe Brad involved in any

6    conduct like that with anyone other than this person

7    named Celeste?

8        A    No.

9        Q    How about David?  Did you ever observe

10   David involved in that kind of conduct?

11       A    Yes.  One day we, were on the line in the

12   new plant, and Keith Spriggs girlfriend, Michelle, she

13   was behind us.  We had boxes pushed up to us that we

14   were supposed -- hospitals that we are supposed to do.

15   Each person had a number of boxes behind them.  Dave

16   and Michelle were behind us, and all of a sudden you

17   didn't see Michelle's head.  We just saw her hands on

18   the boxes.  I looked back, and David was acting as if

19   he was having sex with her from the rear.

20            I spoke to Keith Spriggs about it.  I said,

21   "Man, don't you see Dave acting like he is having sex

144

1    with your girl," and he made a statement to me, "That's

2    the way they play."

3         Q    What happened after that?

4         A    The guys on the line -- we made a comment,

5    "You must be crazy to let a white guy do your girl like

6    that.  If that was us, we would tear his little ass

7    up."  That's what they said, but Keith said it's just

8    the way they play.  Nothing happened.  They were

9    laughing about it.  So we left it alone.  That is his

10   girl.

11        Q    Did you ever observe David engage in any

12   other conduct that you thought was sexual harassment?

13        A    I've seen them play with -- acting as if he

14   was playing with someone.  Run up behind them.  I don't

15   know if it was Joseph Lloyd.  I think Joseph Lloyd was

16   doing something, and Dave ran up behind him and acted

17   as if he was going to have sex with him from the back.

18   I was like -- I was like, "Oh, he must be" -- it was

19   just, I don't know, beyond my concept that he would do

20   that.  I was like is he gay or something like that.

21   Joseph told him go ahead and stop, or something like

1   that.  He told him, "Don't do that again" or something.

2   I continued on working.

3        Q     Excuse me?

4        A     Joseph Lloyd told David, "Don't do it

5   again," and I continued on working.

6        Q     Did it stop at that point?

7        A     I think so.

8        Q     Did you see Dave do anything else that you

9   thought was sexual harassment?

10        A     No.

11        Q     In your complaint you allege that Nancy

12   Stair told you that Latinos are better workers than

13   African-Americans?

14        A     Yes.

15        Q     Do you recall a statement of that type?

16        A     Something like that.  She say to me -- she

17   said, "Well, you know, the Latinos work better than

18   some of the workers here."  She said, "Latino workers

19   are working better than some of the workers here."

20   That meant she was referring to black people.

21        Q     When was that statement made?

146

1      A      Between May and June.  Somewhere along

2    there.

3      Q      Where did that conversation take place?

4      A      That was in her office or near her office.

5    Somewhere like that.  We were talking, and she made

6    that statement.  I think it came out the same time we

7    were having that meeting in her office.  She just made

8    little statements like that.  I don't know.  She just

9    put it out there.

10      Q    It was the same time you had the other

11    conversation with her in the office, or it is two

12    different conversations in the office?

13      A      I think it was two different conversations.

14    I kind of remember that one in the office had "those

15    people" in it.  "We pay those people" -- you know,

16    "Those people don't deserve the money that we give

17    them.  The Latino workers are better workers."  Might

18    have been in that same conversation.

19      Q    Prior to Nancy saying that in the

20    conversation, were you talking about the Latino

21    workers.