```
                                                                    1


 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF MARYLAND
 3                     (Northern Division)
 4
 5   MELVIN NEWSOME, et al.,      )
 6          Plaintiffs,           )
 7      vs.                       )  Civil Action
 8   UP-TO-DATE LAUNDRY, INC.,    )  No. S01-2257
 9   et al.,                      )
10          Defendants.           )
11
12                        Baltimore, Maryland
13                        Wednesday, February 5, 2003
14
15            DEPOSITION OF:  NANCY STAIR
16
17        The video deposition of NANCY STAIR was
18   convened on Wednesday, February 5, 2003, commencing
19   at 10:03 a.m., at the offices of Whiteford, Taylor &
20   Preston, 7 St. Paul Street, Baltimore, Maryland,
21   before Karen Hinnenkamp, Registered Merit Reporter
22   and Notary Public.

         BRYNTESON REPORTING, INC.     (703) 768-8122
```

14

```
 1      Q     Have you remained CEO continuously since
 2   1994?
 3      A     Yes.
 4      Q     And in trying to run a business, do you
 5   take a fairly active role in trying to run that
 6   business?
 7      A     Yes.
 8      Q     You try to be involved with what's going
 9   on in the plant, is that right?
10      A     Which plant?
11      Q     The Up-To-Date factory.
12            MS. PHELAN:  Mr. Simon, I think it's
13   clear that --
14            THE WITNESS:  I didn't know it was a
15   factory.
16            MS. PHELAN:  -- there were two different
17   plants.  Are you referring to a specific time period
18   when you are questioning Ms. Stair?
19            BY MR. SIMON:
20      Q     Were you involved in trying to run the
21   business from the period of time that the plant was
22   located on Frederick Avenue?
```

BRYNTESON REPORTING, INC.        (703) 768-8122

15

```
 1      A     Yes.
 2      Q     Did you go to work every day?
 3      A     Yes.
 4      Q     Have you been involved in trying to run
 5   the business, actively involved in trying to run the
 6   business since the plant moved to DeSoto Avenue?
 7      A     Yes.
 8      Q     And as a general matter do you go to work
 9   every day?
10      A     Yes.
11      Q     When you first started in 1994 who did
12   you supervise as CEO?
13      A     I don't understand.
14      Q     Were there other supervisors working at
15   the plant in 1994?
16      A     No.
17      Q     Were there any other managers working at
18   the plant in 1994?
19      A     No.
20      Q     Was there anyone to help you manage the
21   operation of Up-To-Date Laundry in 1994?
22      A     Brad Minetree.
```

BRYNTESON REPORTING, INC.       (703) 768-8122

16

```
 1      Q     What was his title at that time?
 2      A     President.
 3      Q     Did Brad Minetree help to manage
 4   Up-To-Date Laundry in 1994?
 5      A     Yes.
 6      Q     So was he a manager at that time?
 7      A     Yes.
 8      Q     And has he remained in the position of
 9   president since 1994?
10      A     Yes.
11      Q     And he has been involved in running the
12   company on a day-to-day basis since 1994 to present,
13   is that correct?
14      A     Yes.
15      Q     Now in your duties as CEO from 1994,
16   during the period that the plant was located on
17   Frederick Avenue, were you involved in human
18   resources issues for employees?
19      A     I can't say that we had any.
20      Q     You can't say that you had any human
21   resources issues?
22      A     Correct.
```

17

```
 1      Q     Were you involved in setting wages?
 2      A     No.
 3      Q     From 1994 to about March '99 you were not
 4   involved in setting wages for employees who worked
 5   at Up-To-Date Laundry.
 6      A     Correct.
 7      Q     Who set wages during that period of time?
 8      A     When we started, we hired them for what
 9   everyone else was getting paid, and as minimum wage
10   was raised, we raised the employees.
11      Q     Who set wages?
12      A     The government.
13      Q     Who at Up-To-Date Laundry set wages
14   during the --
15      A     We followed the laws of the government.
16      Q     Okay.  Let me try to get this question
17   out.  From 1994 to 1999 who was responsible for
18   setting, for determining what wage rates should be
19   for employees at Up-To-Date Laundry?
20      A     Brad.
21      Q     Now during this period of time, '94 to
22   '99, were there any other managers or officers at
```

BRYNTESON REPORTING, INC.     (703) 768-8122

25

```
 1    performance?
 2       A    No.
 3       Q    Do you have any reason to doubt his
 4    credibility?
 5       A    No.
 6       Q    How do you refer to blacks, people who
 7    are of black color, as a general matter?
 8       A    Colored people or blacks or African
 9    Americans.
10       Q    Do you ever refer to blacks as niggers?
11       A    Yes.
12       Q    Do you ever refer to blacks as niggers at
13    Up-To-Date Laundry?
14       A    No.
15       Q    Do you ever refer to your employees at
16    Up-To-Date Laundry who are black as niggers?
17       A    No.
18       Q    When have you referred to blacks as
19    niggers?
20       A    West Virginia.
21       Q    So when you're in West Virginia you refer
22    to blacks as niggers?
```

BRYNTESON REPORTING, INC.        (703) 768-8122

26

```
 1      A     When I lived there.
 2      Q     So you lived there until roughly 1994, is
 3   that fair to say?
 4      A     Yes.
 5      Q     Were you born in West Virginia?
 6      A     No.
 7      Q     What period of time did you live in West
 8   Virginia?
 9      A     1964 to 1993.
10      Q     And in 1993 did you move to Maryland?
11      A     '94 I did.
12      Q     After you left West Virginia in '93 where
13   did you move?
14      A     39 Tanglewood Road.
15      Q     Where is that?
16      A     My father's house.
17      Q     What state?
18      A     Maryland.
19      Q     Okay.  So when you were in West Virginia
20   from 1964 to 1993 you would refer to blacks as
21   niggers?
22      A     It wasn't an everyday word.  It was
```

BRYNTESON REPORTING, INC.     (703) 768-8122

33

```
 1      A     I think so.
 2      Q     But blacks have their own language,
 3   right?
 4      A     Yes.
 5      Q     Can you describe what you mean by their
 6   own language?
 7      A     They use several words that we do not
 8   use.
 9      Q     Describe those words, please.
10      A     Hey man.  That's one.
11      Q     Can you list any other words?
12      A     Not off the top of my head.
13      Q     Well, take as much time as you need.
14      A     I can't remember.
15      Q     Sitting here today can you list or
16   identify any other word that blacks use that you
17   believe comprise their own language?
18      A     No.
19      Q     So do you really believe that blacks have
20   their own language still?
21      A     Yes.
22      Q     And do white people have their own
```

130

```
 1      A      I gave her an honest answer.
 2      Q      And then what did she twist?
 3      A      She wrote up every charge that I called
 4   them niggers, and that's a lie.
 5      Q      Did you tell Carol Uhler-Ford that the
 6   company paid blacks, black workers less than
 7   Hispanic workers because you believed that Latinos
 8   are better workers?
 9      A      Off the record I told her something like
10   that.
11      Q      Did you tell her that Hispanics deserve
12   better pay?
13      A      Not in the deposition, no.
14      Q      Did you tell her off the record?
15      A      Off the record.
16      Q      Did you tell Carol Uhler-Ford that
17   African Americans don't want to do any work?
18      A      Not in the deposition.
19      Q      Did you tell her off the record?
20      A      As a general statement.
21      Q      You made that general statement blacks
22   don't want to do any work, is that fair to say?
```

BRYNTESON REPORTING, INC.        (703) 768-8122

184

```
 1      Q     Pardon me?
 2      A     I don't recall that.
 3      Q     Do you recall employees raising any
 4  issues involving discrimination or harassment during
 5  the course of that organizing drive?
 6      A     Not during.
 7      Q     I would like to show you what is going to
 8  be marked as Exhibit 38.
 9            (Stair Exhibit Number 38 was marked for
10  identification.)
11            BY MR. SIMON:
12      Q     Exhibit 38 is a one-page document that
13  has back-to-back printing on it.  It is entitled An
14  Open Letter to Our Latino Brothers and Sisters at
15  Up-To-Date.  Are you familiar with this document,
16  Ms. Stair?
17      A     Yes, I've seen it.
18      Q     And in fact you saw this at about the
19  time it was distributed to the company, right?
20      A     I saw it when it was posted on the board.
21      Q     Who posted it on the board?
22      A     Someone that didn't like the union.
```

BRYNTESON REPORTING, INC.     (703) 768-8122

186

```
1      Q     These black employees stated in the first
2    paragraph of this letter that they wanted better pay
3    and working conditions, right?  Do you see that?
4      A     Union had them do that.
5      Q     And that's what these black employees
6    stated that they were interested in was getting
7    better pay, right?
8      A     That's what the union told them.
9      Q     How do you know the union told them that?
10     A     The union told them everything.
11     Q     Do you believe that these black employees
12   were capable of making up their own minds about
13   issues such as better pay?
14     A     No.
15     Q     You don't think black employees were
16   capable of doing that, right?
17     A     These people.
18     Q     So these people here couldn't make that
19   decision on their own, right?
20     A     If they had, they would have come to us.
21     Q     Do you see in here in the third paragraph
22   these employees complained about the crude and
```

BRYNTESON REPORTING, INC.     (703) 768-8122

187

1   abusive remarks made to Up-To-Date workers and they
2   say they should cease?
3       A    It's the standard union thing.
4       Q    And you see that all verbal and physical
5   sexual harassment must end?  Do you see these
6   workers raised concerns about that?
7       A    It's a standard union sentence.
8       Q    But in fact you knew about this letter at
9   the time and you knew that black employees were
10  raising these concerns about better pay and
11  harassment at the time they wrote this, right?
12      A    Yes.
13      Q    And don't you see in here that these
14  employees who signed this letter said in the second
15  paragraph that they want you to believe that we
16  don't do our jobs and don't deserve any better than
17  what we have?  Do you see that, Ms. Stair?  In the
18  second paragraph?
19      A    They don't deserve any better than what
20  we have?
21      Q    Right.
22      A    I don't understand that.

BRYNTESON REPORTING, INC.      (703) 768-8122

254

```
1      A     Yes.
2      Q     He was terminated in late '99.  Do you
3    know why he was terminated?
4      A     I think he cussed out his supervisor.
5      Q     Prior to his termination you had learned
6    that he had filed a complaint of discrimination
7    against the company, correct?
8      A     Yes.

9      Q     Did you call him in your office to ask
10   him why he filed a complaint of discrimination
11   against her?
12     A     Her?
13     Q     Against you, excuse me.
14     A     Yes.
15     Q     You did do that?
16     A     Yes.
17     Q     And did you ask Mr. Curtis if he really
18   thought that you, Nancy Stair, were prejudiced, or
19   biased?
20     A     He asked me if I was?
21     Q     No, if you asked him if --
22     A     I don't remember that sentence.
```

BRYNTESON REPORTING, INC.        (703) 768-8122

257

```
 1   time, lent him money.  He had come and gone.  This
 2   was his third hiring.  And it was a part-time job
 3   because he was a kindergarten teacher.  Just to help
 4   him out.
 5        Q    And you were upset that he had filed a
 6   complaint of discrimination.
 7        A    Yes.
 8        Q    You felt he should not have done that.
 9        A    Correct.
10        Q    And in fact when you called him in to
11   talk about that issue, that was one of the issues
12   that was in your mind, right?  His complaint.
13        A    Yes.
14        Q    You talked about it, right?

15        A    Yes.
16        Q    And you told him that he should not have
17   filed that complaint, right?
18        A    I think I said that.
19        Q    Are you close with an employee by the
20   name of Michelle Milligan?
21        A    What does close mean?
22        Q    Friends?
```

BRYNTESON REPORTING, INC.     (703) 768-8122

279

```
 1   It didn't matter if it was a man, woman, what color,
 2   blue, green.
 3       Q    What was the system for offering overtime
 4   as far as you were aware?
 5       A    Volunteer.  Voluntary.
 6       Q    How did employees apply for that?
 7       A    They would come to their supervisor and
 8   say yes, I'll stay.
 9       Q    And how were they notified about it?
10       A    Supervisor said yes, you can stay.
11       Q    Yeah, but how were they notified there
12   would be an opportunity?
13       A    It was announced on the intercom or the
14   supervisor went machine to machine and asked if
15   anybody could stay.
16       Q    So it varied.  Sometimes it was announced
17   on an intercom, is that right?
18       A    It might have happened, yes.
19       Q    And sometimes supervisors went machine to
20   machine to ask, correct?
21       A    Yes.
22       Q    Was there a system in place as far as any
```

BRYNTESON REPORTING, INC.      (703) 768-8122

280

```
 1   written documentation about the overtime, how
 2   overtime should be assigned?
 3        A    No.  Volunteer basis only.
 4        Q    Ms. Stair, previously you said you worked
 5   in a bank during this deposition.  What was your
 6   employment history as far as the bank?
 7        A    I never worked in a bank, sir.
 8        Q    Okay.  Did you say that -- I thought I
 9   heard you say that employees who worked in a bank
10   shouldn't discuss their wages.
11        A    That's correct.
12        Q    Okay.  Did you ever work in a bank?
13        A    No, I didn't.
14        Q    Your employment history in total is
15   Compton and Up-To-Date Laundry, is that fair to say?
16        A    Yes.
17        Q    No other jobs.
18        A    No.
19        Q    Why did you raise this issue about the
20   bank?
21        A    Because my best girlfriend works there.
22        Q    Who is your best girlfriend?
```

BRYNTESON REPORTING, INC.       (703) 768-8122