1  to work?

2      A    There were new faces when I came back.

3      Q    Did you get to know those people when you
4  worked with them?

5          MR. SIMON:  Objection.  It states facts
6  not in evidence but go ahead and try to answer the
7  best you can.

8      A    No.

9      Q    Were you in the soil room the whole time
10 that you were back from 2001 to 2002?

11     A    Yes.

12     Q    When you were in the soil room you could
13 see who is operating the tunnel, can't you?

14     A    Yes.

15     Q    Who was operating the tunnel at that
16 point?

17     A    It was new faces.  I don't remember their
18 names.

19     Q    What did they look like?

20     A    Latinos.

21     Q    They were all Latinos?

```
 1         A    It was Latinos and blacks.

 2         Q    And you don't remember the names of any of

 3   the people you saw?

 4         A    I seen Howard White was working on one of

 5   the tunnels.  He is the only one that I really know.

 6         Q    Who was working the dryers when you came

 7   back in 2001?

 8         A    I wasn't in that area.

 9         Q    So you don't know who was operating the

10   dryers?

11         A    No.

12         Q    Did you know any of the other people who

13   were reinstated in 2001 like you were?

14         A    It was one other guy but he didn't stay

15   there long.

16         Q    Who was that?

17         A    I can't recall his name but I remember his

18   face.

19         Q    What did he look like?

20         A    He was a black guy, plats in his hair,

21   medium build.
```

```
1      Q     You indicate there was no overtime?
2      A     No overtime.
3      Q     Do you think that was because of your
4  race?
5            MR. SIMON:  Objection.  Asked and answered
6  but you can answer again.
7      A     Can you repeat the question?
8      Q     Do you think that the reason you didn't
9  work overtime was because of your race?
10     A     Yes.
11     Q     Who was working overtime?
12     A     The Latinos was working overtime.
13     Q     And what Latinos was that?
14     A     I know I should know one of them.  Santo,
15 no, not Santo.  I can't remember their name.
16     Q     What job did the person do or those people
17 do?
18     A     They was operating the machines.
19     Q     When you say operating the machines what
20 does that mean?
21     A     The tunnel, the press, the dryers.
```

| | | |
|---|---|---|
| 1 | Q | Did anybody who was working in the soil room with you work overtime? |
| 3 | A | No. |
| 4 | Q | Did you complain to anybody about your assignment? |
| 6 | A | About working overtime? |
| 7 | Q | No, about your assignment to the soil room? |
| 9 | A | I don't understand. |
| 10 | Q | Did you complain to anybody, did you tell anybody you thought it was discriminatory? |
| 12 | A | I told the supervisor. |
| 13 | Q | Okay. Is that McCoy? |
| 14 | A | Yeah. |
| 15 | Q | And what did he say? |
| 16 | A | He didn't say too much. |
| 17 | Q | What exactly is it that you told him? |
| 18 | A | He say he will see what he can do. |
| 19 | Q | No, what is it that you told him? |
| 20 | A | What did I tell him? |
| 21 | Q | Um-hum. |

```
 1        A     Can I work the press or try to work the
 2  tunnel or the side loader.
 3        Q     Did you say anything else to him?
 4        A     No.
 5        Q     And his response is he would see what he
 6  could do?
 7        A     Yeah.
 8        Q     But you stayed in the soil room doing the
 9  sorting work?
10        A     Pardon me?
11        Q     Did you stay in the soil room doing the
12  sorting work after that?
13        A     Yep, yes.
14        Q     The union came in not long after you came
15  back; is that correct?
16        A     That's correct.
17        Q     Once the union came in how did job
18  assignments work?
19        A     Everything was going pretty smooth but it
20  wasn't no overtime.
21        Q     Do you think that was discriminatory?
```

1     A     Yes, it were.

2     Q     And why do you think that?

3           MR. SIMON: Objection. Asked and

4 answered. You already asked him that same question.

5           MS. PHELAN: Good. Phil, asking somebody

6 a question twice is not something you should be

7 complaining about but you can go ahead and answer.

8           MR. SIMON: She already asked you, you

9 already answered. You can go ahead and give an

10 answer. Can you repeat the question for him, please?

11    Q     The question was why do you believe that

12 the fact that there was no overtime after the union

13 came in was discriminatory?

14    A     Because I asked for it and they wouldn't

15 give it to me.

16    Q     Who was they?

17    A     The supervisor.

18    Q     And who was that?

19    A     Ted, Todd.

20    Q     Did any of the employees get overtime?

21    A     Not that I know of.

1  Q   Did you ever complain to the union about
2  not getting overtime?
3  A   No.
4  Q   After the union came in how did pay work?
5  A   The pay was fair.
6  Q   You say the pay was fair?
7  A   Yeah.
8  Q   After the union came in?
9  A   Yeah, according to the position what area
10 you work in.
11 Q   Did you ever complain to the union about
12 your job assignment?
13 A   Yes.
14     MR. SIMON:  I'm sorry.  Go ahead.
15 A   Yes, I mentioned it.
16 Q   Tell me who you complained to.
17 A   I mentioned it to Russell.
18 Q   What did he say?
19 A   I told him that I wasn't getting no
20 overtime, is there anything that he can do.
21 Q   What did he say?

1    A    He said he will see what he can do.

2    Q    Did you make any other complaints to the
3 union after they came in?

4    A    No.

5    Q    In your Answers to Interrogatories you
6 indicate that you knew that Brad and David Minetree
7 had volatile tempers.  Tell me what you knew about
8 that.

9    A    Pardon me?  Say that again.

10   Q    In your Answers to Interrogatories you say
11 that you knew that Brad and David Minetree had
12 volatile tempers.

13   A    Yes.

14   Q    What do you mean by that?

15        MR. SIMON:  Objection.

16        MS. PHELAN:  He is answering the question,
17 Mr. Simon.

18        MR. SIMON:  I can state an objection.

19        MS. PHELAN:  Mr. Lloyd, would you like to
20 leave the room?

21        MR. SIMON:  He can stay here.  I'm stating