The alledged discrimination occurred in the State of Maryland at Up-To-Date Laundry, Inc, located at 1221 DeSoto Road, Baltimore, MD 21223. The owner and CEO is Nancy Stair, the President and Vice-President are her sons, Brad Minitree and Dave Minitree.

My name is _HERBERT DATCHER_ My address is _318 S. PAYSON ST_ Baltimore, MD _21223_. My telephone number is 410-_728 5082_.

The alledged discrimination occurred in the area of my employment. The basis of my complaint is _X_ race, __ sex, __ color.

The issues that apply to my complaint are __ discharge, __ discipline, __ harassment, __ sexual harassment, __ suspension, _✓_ wage discrimination.

I started working at Up-To-Date Laundry, Inc in _10-24-97_. The area I work in is _BOX PULL, TUNNEL_ My starting wage was $_5.15_ per hour. I now make $_6.00_ per hour. I came to work at UPTD with _NO_ experience.

I have suffered from a hostile enviornment due to race/color harassment. The following actions were taken against me because of my race but are not limited to the following: _So I was payed a lower wage becase I am African American_

I seek, as a remedy, my wages and punitive damages. I believe that the discrimination, based on race/color, is a systemic practice harming all of the African-American/black workers at Up-To-Date Laundry, Inc.

**This statement is true and correct to the best of my knowledge. I certify its accuracy under the penalty of perjury.**

Name _Herbert Lee Datch_    Date _8-30-99_

9910-033

## Maryland Commission on Human Relations Charge Form

The alledged discrimination occurred in the State of Maryland at Up-To-Date Laundry, Inc, located at 1221 DeSoto Road, Baltimore, MD 21223. The owner and CEO is Nancy Stair, the President and Vice-President are her sons, Brad Minitree and Dave Minitree.

My name is _Veronica Johnson_ My address is _1527 Coster Morton St_ Baltimore, MD _2205_. My telephone number is 410-_534-4282_

The alledged discrimination occurred in the area of my employment. The basis of my complaint is _X_ race, ___ sex, ___ color.

The issues that apply to my complaint are ___ discharge, ___ discipline, ___ harassment, ___ sexual harassment, ___ suspension, _X_ wage discrimination.

I started working at Up-To-Date Laundry, Inc in _Oct 23, 1994_. The area I work in is _Drywork - Pads_. My starting wage was $_mid wage_ per hour. I now make $_5.75_ per hour. I came to work at UPTD with _6 yrs_ experience.

I have suffered from a hostile enviornment due to race/color harassment. The following actions were taken against me because of my race but are not limited to the following: _To the best of my knowledge my latino coworkers, between $6.50 - $00 Hour even though many of them had no experience. many full time latino work monday though friday while many full time black workers must work on the weekend._

I seek, as a remedy, my wages and punitive damages. I believe that the discrimination, based on race/color, is a systemic practice harming all of the African-American/black workers at Up-To-Date Laundry, Inc.

I solemnly affirm under the penalty of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief

Name _Veronica Johnson_    Date _9/24/99_
Veronica Johnson

AUTHORIZATION _Lee D. Hoshall_ DATE _10-18-99_
Lee D. Hoshall
Systemic Unit Supervisor

DEPOSITION EXHIBIT Johnson 4-3-03