# United States District Court
### District of Maryland

**CHAMBERS OF**
**WILLIAM D. QUARLES, JR.**
**UNITED STATES DISTRICT JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

November 17, 2003

Philip J. Simon, Esquire
Heller, Huron, Chertkof, Lerner
 Simon, & Salzman
1730 M Street, NW, Suite 412
Washington, DC 20036

Jeanne M. Phelan, Esquire
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1300
Baltimore, Maryland 21202

   Re: <u>Newsome v. Up-to-Date Laundry, Inc.</u>, Civ. No. WDQ-01-2257

Dear Counsel

  During the November 13, 2003 class certification hearing in the above entitled case, reference was made to the collective bargaining agreement that is currently in place at the Up-to-Date facility. Please supply me with a complete copy of that collective bargaining agreement within one week.

  Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

           Very truly yours,

           William D. Quarles, Jr.
           United States District Judge