**WHITEFORD, TAYLOR & PRESTON**
L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND  21202-1626

410 347-8700
FAX  410 752-7092
www.wtplaw.com

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND  21204-4515
TELEPHONE  410 832-2000
FAX  410 832-2015

30 COLUMBIA CORPORATE CENTER
10440 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044
TELEPHONE  410 884-0700
FAX  410 884-0719

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C.  20036-5405
TELEPHONE  202 659-6800
FAX  202 331-0573

1317 KING STREET
ALEXANDRIA, VIRGINIA  22314-2928
TELEPHONE  703 836-5742
FAX  703 836-0265

JEANNE M. PHELAN
DIRECT NUMBER
410 347-8738
jphelan@wtplaw.com

November 20, 2003

The Honorable William D. Quarles
United States District Court for
 the District of Maryland
101 W. Lombard Street
Baltimore, Maryland  21201

    Re: Newsome, *et al.* v. Up-To-Date Laundry, Inc.
      Civil Action No. 01-2257 (WDQ)

Dear Judge Quarles:

  I am, as directed by your letter of November 17, 2003, filing, as attachments to this letter, copies of the following documents:

- The June 20, 2001 Settlement Agreement between Up-To-Date Laundry, Inc. and Unite, which incorporates a handwritten summary of key terms of the Collective Bargaining Agreement; and

- The formal Collective Bargaining Agreement between Up-To-Date Laundry, Inc. and Unite, incorporating these terms.

  Please feel free to contact me if you have any questions regarding the enclosures or if you need further information.

            Very truly yours,

            Jeanne M. Phelan

JMP:lsm
Enclosure
cc: Philip P. Simon, Esquire (w/enclosure)
*1507603v2*