**WHITEFORD, TAYLOR & PRESTON**
L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626
410 347-8700
FAX 410 347-9446
www.wtplaw.com

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044-3528
TELEPHONE 410 884-0700
FAX 410 884-0719

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
TELEPHONE 202 659-6800
FAX 202 331-0573

1317 KING STREET
ALEXANDRIA, VIRGINIA 22314-2928
TELEPHONE 703 836-5742
FAX 703 836-0265

JEANNE M. PHELAN
DIRECT NUMBER
410 347-8738
jphelan@wtplaw.com

January 16, 2004

The Honorable William D. Quarles
United States District Court
   for the District of Maryland
Garmatz Federal Building
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    Newsome, *et al.* v. Up-To-Date Laundry, Inc.
              Civil Action No. 01-2257 (WMQ)

Dear Judge Quarles:

      I am counsel for the Defendants in the above-captioned case. This matter is currently pending before the Court for a decision on Plaintiff's Motion for a Class Certification and Defendants' Motion for Partial Summary Judgment.

      Prior to Plaintiffs' filing of their suit in Federal Court, they and approximately twenty of the punitive class members filed administrative charges of discrimination with the Maryland Commission on Human Relations. In October 2003, the Maryland Commission on Human Relations filed Statements of Charges commencing the State Administrative Hearing process with respect to these charges.

      At this time, issues regarding consolidation and scheduling in the State Complaints are under consideration. In connection with these issues, it would be very helpful for the parties and the Administrative Law Judge to have a sense of when the Court expects to issue its rulings regarding class certification and summary judgment in this case. I would appreciate any information you may be able to supply regarding the anticipated timing of these rulings.

                                    Very truly yours,

                                      Jeanne M. Phelan

JMP:gba

cc:    Philip Simon, Esquire
        Lee Hoshall, Esquire
        The Honorable Georgia Brady