```
          IN THE UNITED STATES DISTRICT COURT FOR
        THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                                 *

MELVIN NEWSOME, et al.,               *

     Plaintiffs,                      *

                                      *
v.                                        CIVIL ACTION NO: WDQ-01-2257
                                      *
UP-TO-DATE LAUNDRY, INC., et al.,
                                      *

     Defendants.                      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                             ORDER
```

For the reasons stated in the accompanying Memorandum

Opinion, it is this 23rd day of January, 2004, ORDERED that:

1.  The Plaintiffs' motion for class certification BE, and

hereby is, GRANTED under Fed.R.Civ.P. 23(b)(2) on issues of

class-wide liability, injunctive relief, and equitable relief;

2.  The class-wide liability class BE, and hereby is,

GRANTED the right to opt-out of the class action;

3.  The Plaintiffs' motion for class certification BE, and

hereby is, CONDITIONALLY GRANTED under Fed.R.Civ.P. 23(b)(3) as

to remedial issues including the individual class members' rights

to recovery, compensatory damages, and punitive damages and

class-wide monetary relief;

4.  The Defendants' motion for partial summary judgment BE,

and hereby is, DENIED;

5.  Within 10 days of the date of this Order, the Plaintiffs

and Defendants SHALL PROPOSE agreed upon dates and times for a

telephone conference with chambers regarding the reopening of discovery;

      6.  Within 21 days of this Order, Plaintiffs SHALL SUBMIT a draft of their proposed notification to the class members and propose a schedule for notifying prospective class members;

      7.  That the Clerk of the Court shall MAIL copies of this Order and the Memorandum Opinion to counsel.


                                   _____/s/_____

                                   William D. Quarles, Jr.
                                   United States District Judge