# United States District Court
### District of Maryland

**CHAMBERS OF**
**WILLIAM D. QUARLES, JR.**
**UNITED STATES DISTRICT JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

FILED
U.S. DISTRICT COURT

2004 FEB -6  P 4: 52

BAL

February 6, 2004

Philip J. Simon, Esquire
Heller, Huron, Chertkof, Lerner
 Simon, & Salzman
1730 M Street, NW, Suite 412
Washington, DC 20036

Jeanne M. Phelan, Esquire
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1300
Baltimore, Maryland 21202

      Re: <u>Newsome v. Up-to-Date Laundry, Inc., Civ. No. WDQ-01-2257</u>

Dear Counsel:

During our February 6, 2004 telephone conference, I set a discovery deadline of July 16, 2004. I also required plaintiffs' counsel to submit the proposed class notification to my chambers by April 16, 2004. I have also referred this matter to a Magistrate Judge for settlement negotiations pursuant to your joint request.

Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

                            Very truly yours,

                            William D. Quarles, Jr.
                            United States District Judge