UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF** | **101 WEST LOMBARD STREET** |
| **SUSAN K. GAUVEY** | **BALTIMORE, MARYLAND 21201** |
| **U.S. MAGISTRATE JUDGE** | MDD_skgchambers@mdd.uscourts.gov |
| | (410) 962-4953 |
| | (410) 962-2985 - Fax |

April 1, 2004

Elizabeth B. Grdina, Esq.
Philip J. Simon, Esq.
Douglas B. Huron, Esq.
Heller, Huron, Chertkof,
 Lerner, Simon & Salzman
1730 M Street, N.W., Suite 412
Washington, DC 20036-4505

Jeanne M. Phelan, Esq.
Whiteford, Taylor & Preston
Seven Saint Paul Street, Suite 1400
Baltimore, MD 21202

    Re:  Melvin Newsome, et al. v. Up-To-Date Laundry, et al.
         Civil No. WDQ-01-2257

Dear Counsel:

    This letter confirms that the parties entered into a written settlement agreement of the above captioned case, subject to two specific minor contingencies on the plaintiffs' part and, of course, subject to the Court's approval of the proposed consent decree in this class action case. Plaintiffs will prepare a written settlement agreement and proposed consent decree by April 13, 2004, for circulation and comment and submit to Judge William D. Quarles, the presiding judge, a proposed consent decree by April 23, 2004.

    If you have any questions, please do not hesitate to call me. I enjoyed working with you in resolving the matter and appreciated the hard work, commitment and professionalism with which all counsel engaged in the mediation.

                                        Sincerely yours,

                                        /s/

                                        Susan K. Gauvey
                                        United States Magistrate Judge

cc: Honorable William D. Quarles