UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MELVIN NEWSOME, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UP-TO-DATE LAUNDRY, INC., et al.<br><br>Defendants. | Civil Action No. S01-2257 (WDQ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiffs hereby request an extension of time until April 21, 2004 to provide defendants with a draft of a proposed consent decree in the above-styled case. Defendants will provide plaintiffs with their comments by May 6, 2004. The parties will submit a proposed consent decree to the Court by May 13, 2004.

Counsel for defendants has consented to this request for extension of time, as set forth above.

                                                                                              /s/
                                            Philip J. Simon, 12893
                                            Richard A. Salzman
                                            Douglas B. Huron, 12888
                                            Betty Grdina, 15647
                                            HELLER, HURON, CHERTKOF
                                            LERNER, SIMON & SALZMAN
                                            1730 M Street, NW, Suite 412
                                            Washington, DC  20036
                                            (202) 293-8090
                                            (202) 293-7110 (facsimile)

                                            Attorneys for plaintiffs