UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MELVIN NEWSOME, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>UP-TO-DATE LAUNDRY, INC., et al.<br><br>    Defendants. | Civil Action No. S01-2257 (WDQ) |

**PROPOSED ORDER**

Upon consideration of the Plaintiffs' Unopposed Motion for extension of Time, it is hereby

**ORDERED** that the motion is granted, and it is also

**ORDERED** that Plaintiffs shall submit a draft of a proposed Consent Decree to Defendants by April 21, 2004, and Defendants shall respond to Plaintiffs with their comments by May 6, 2004. The parties will submit a proposed consent decree to the Court by May 13, 2004.

Date: _____               _____
                                                             UNITED STATES DISTRICT JUDGE

cc:

Philip J. Simon
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN
1730 M Street, N.W., Suite 412
Washington, DC  20036-4505

Jeanne M. Phelan
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street
Baltimore, MD  21202-1626