UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

MELVIN NEWSOME, et al.

    Plaintiffs,

    v.

UP-TO-DATE LAUNDRY, INC., et al.

    Defendants.

Civil Action No. S01-2257 (WDQ)

## JOINT MOTION FOR EXTENSION OF TIME

The parties in the above-styled case hereby jointly request an extension of time until May 28, 2004 to submit a proposed Consent Decree to the Court. At this point, the parties already have exchanged drafts of the proposed Consent Decree and are now working to complete that document. However, due to the press of other pending litigation, the parties need additional time to finish this task.

Respectfully submitted,

_____/s/_____
Philip J. Simon, 12893
Richard A. Salzman
Douglas B. Huron, 12888
Betty Grdina, 15647
HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW, Suite 412
Washington, DC  20036
(202) 293-8090
(202) 293-7110 (facsimile)

Counsel for Plaintiffs

/s/
_____
Jeanne M. Phelan
WHITEFORD TAYLOR & PRESTON
Seven Saint Paul Street
Baltimore, MD 21202-1626
(410)347-8738
(410) 347-9446 (fax)

Counsel for Defendants