UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MELVIN NEWSOME, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UP-TO-DATE LAUNDRY, INC., et al.<br><br>　　　　Defendants. | Civil Action No. S01-2257 (WDQ) |

**JOINT MOTION FOR EXTENSION OF TIME**

　　The parties in the above-styled case hereby jointly request an extension of time until June 7, 2004 to submit a proposed Consent Decree to the Court. At this point, the parties already have exchanged multiple drafts of the proposed Consent Decree, have narrowed the remaining disputed issues and are now working to complete that document. However, in order to address and resolve the remaining issues and due to the press of other pending litigation, the parties need additional time to finish this task. A proposed Order is attached.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Philip J. Simon, 12893
　　　　　　　　　　　　　　　　　　Richard A. Salzman
　　　　　　　　　　　　　　　　　　Douglas B. Huron, 12888
　　　　　　　　　　　　　　　　　　Betty Grdina, 15647
　　　　　　　　　　　　　　　　　　HELLER, HURON, CHERTKOF
　　　　　　　　　　　　　　　　　　LERNER, SIMON & SALZMAN
　　　　　　　　　　　　　　　　　　1730 M Street, NW, Suite 412
　　　　　　　　　　　　　　　　　　Washington, DC  20036
　　　　　　　　　　　　　　　　　　(202) 293-8090
　　　　　　　　　　　　　　　　　　(202) 293-7110 (facsimile)

　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

/s/
_____
Jeanne M. Phelan
WHITEFORD TAYLOR & PRESTON
Seven Saint Paul Street
Baltimore, MD 21202-1626
(410)347-8738
(410) 347-9446 (fax)

Counsel for Defendants