UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

MELVIN NEWSOME, et al.

      Plaintiffs,

      v.                     Civil Action No. S01-2257 (WDQ)

UP-TO-DATE LAUNDRY, INC., et al.

      Defendants.

## PROPOSED ORDER

Upon consideration of the Joint Motion for Extension of Time, it is hereby

**ORDERED** that the motion is granted, and it is also

**ORDERED** that the parties shall submit the proposed Consent Decree on June 7, 2004.

Date: _____

_____
UNITED STATES DISTRICT JUDGE