UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

MELVIN NEWSOME, et al.

    Plaintiffs,

    v.

UP-TO-DATE LAUNDRY, INC., et al.

    Defendants.

Civil Action No. S01-2257 (WDQ)

## JOINT MOTION FOR EXTENSION OF TIME

    The parties in the above-styled case hereby jointly request an extension of time until June 8, 2004 to submit a proposed Consent Decree to the Court. The parties are discussing the remaining issues needed to resolve the litigation and need additional time to finish this task. A proposed Order is attached.

    Respectfully submitted,

    /s/
Philip J. Simon, 12893
Richard A. Salzman
Douglas B. Huron, 12888
Betty Grdina, 15647
HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW, Suite 412
Washington, DC  20036
(202) 293-8090
(202) 293-7110 (facsimile)

Counsel for Plaintiffs

/s/
_____
Jeanne M. Phelan
WHITEFORD TAYLOR & PRESTON
Seven Saint Paul Street
Baltimore, MD 21202-1626
(410)347-8738
(410) 347-9446 (fax)

Counsel for Defendants