UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MELVIN NEWSOME, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>UP-TO-DATE LAUNDRY, INC., et al.<br><br>    Defendants. | Civil Action No. S01-2257 (WDQ) |

**PROPOSED ORDER**

Upon consideration of the Joint Motion for Extension of Time, it is hereby

**ORDERED** that the motion is granted, and it is also

**ORDERED** that the parties shall submit the proposed Consent Decree on June 8, 2004.


Date: _____                    _____
                                        UNITED STATES DISTRICT JUDGE