## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MELVIN NEWSOME, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No: S01-2257 (WDQ) |
| UP-TO-DATE LAUNDRY, INC., et al. | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT MOTION FOR EXTENSION OF TIME

The parties in the above-styled case hereby jointly request an extension of time until June 9, 2004 to submit a proposed Consent Decree to the Court. The parties are discussing the remaining issues needed to resolve the litigation and need additional time to finish this task. A proposed Order is attached.

Respectfully submitted,

_____/s/_____
Philip J. Simon
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN
1730 M Street, N.W., Suite 412
Washington, DC 20036-4505
(202) 293-8090
(202) 293-7110 (f)

Counsel for Plaintiffs

      /s/
Jeanne M. Phelan
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Suite 1300
Baltimore, Maryland  21202
(410) 347-8738

Counsel for Defendants Up-To-Date
Laundry, Inc., Nancy Stair and Brad Minetree