## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MELVIN NEWSOME, et al.                    *

                Plaintiffs,          *

v.                                        *    Civil Action No: S01-2257 (WDQ)

UP-TO-DATE LAUNDRY, INC., et al.          *

                Defendants.          *

  *    *    *    *    *    *      *    *    *    *    *

### PROPOSED ORDER

Upon consideration of the Joint Motion for Extension of Time, it is hereby

**ORDERED** that the motion is granted, and it is also

**ORDERED** that the parties shall submit the proposed Consent Decree on June 9,

2004.


Date:_____          _____
                                       UNITED STATES DISTRICT JUDGE