UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MELVIN NEWSOME, et al. | |
| Plaintiffs, | |
| v. | Civil Action No. S01-2257 (WDQ) |
| UP-TO-DATE LAUNDRY, INC., et al. | |
| Defendants. | |

**ORDER GIVING PRELIMINARY APPROVAL TO CONSENT DECREE**

The Court hereby gives its preliminary approval to the Consent Decree jointly

submitted by the parties.  The Court will conduct a Fairness Hearing on the Consent

Decree on _____, 2004 at _____.


Date: _____                    _____
                                       UNITED STATES DISTRICT JUDGE