UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MELVIN NEWSOME, et al. <br><br> Plaintiffs, <br><br> v. <br><br> UP-TO-DATE LAUNDRY, INC., et al. <br><br> Defendants. | Civil Action No. S01-2257 (WDQ) |

**ORDER SEALING THE SUPPLEMENT TO THE CONSENT DECREE**

Whereas, the parties have filed a Joint Motion seeking a Protective Order Sealing the Supplement to the Consent Decree (the "Joint Motion");

Whereas, in the Joint Motion, the parties have proposed reasons to justify the requested sealing, in accordance with L. R. 105

Whereas, the Court has considered the Joint Motion and any opposition thereto;

Whereas, the Court has not ruled on the Joint Motion for at least 14 days after it was entered on the public Court docket to permit the filing of objections by interested parties;

Whereas, the Court has considered any objections by interested parties;

Whereas, the Court finds and holds that alternatives to sealing would not provide sufficient protection;

Accordingly, it is ORDERED:

1. That the Joint Motion to Seal the Consent Decree Supplement is GRANTED;

2. That the sealed Consent Decree Supplement be, and hereby is, PLACED UNDER SEAL by the Clerk of the Court and that the Sealed Record shall be placed in an envelope or other container which is marked "SEALED, SUBJECT TO ORDER OF COURT DATED

6/10/4

Date: 6/10/4

_____
UNITED STATES DISTRICT JUDGE

cc:

| | |
|---|---|
| Jeanne M. Phelan<br>WHITEFORD TAYLOR & PRESTON<br>Seven Saint Paul Street<br>Baltimore, MD 21202 | Philip J. Simon<br>Richard A. Salzman<br>Douglas B. Huron<br>Betty Grdina<br>HELLER, HURON, CHERTKOF<br>LERNER, SIMON & SALZMAN<br>1730 M Street, NW, Suite 412<br>Washington, DC 20036 |
| Counsel for Defendants | Counsel for Plaintiffs |