UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

MELVIN NEWSOME, et al.

      Plaintiffs,

      v.                     Civil Action No. S01-2257 (WDQ)

UP-TO-DATE LAUNDRY, INC., et al.

      Defendants.

**CLAIM FORM**

      If you want to receive money under the proposed Consent Decree in the *Newsome* class action, you **must** complete this form.  Also, you **must** return the completed form by _____, 2004 [90 days of the date of preliminary approval], to this address:

      Newsome Claims Administrator
      P.O. Box 11190
      Tallahassee, FL  32302-3190

* * * * *

Name (please print): _____

Social Security Number: _____

Address: _____

Phone Number: _____

      I declare the following under penalty of perjury:

      1.  I am African American.
      2.  I worked for Up-To-Date Laundry at some time between August 1, 1998 and January 23, 2004.
      3.  I worked in one or more of the following Departments: 100, 200, 300, 400, 500 or 1001.
      4.  I did not hold a supervisory or a management position.

Date: _____             _____
                                  (signature)