UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MELVIN NEWSOME, et al.<br><br>      Plaintiffs,<br><br>      v.<br><br>UP-TO-DATE LAUNDRY, INC., et al.<br><br>      Defendants. | Civil Action No. S01-2257 (WDQ) |

**OPT OUT FORM**

Opting out of a settlement is a serious step. Before you decide to opt out, **you are strongly advised to consult a lawyer.** If you decide, however, that you do not wish to participate in the proposed Consent Decree in the *Newsome* class action, and if you do not wish to receive money under the settlement, you **must** complete this form. Also, you **must** return the completed form by _____, 2004 [90 days of the date of preliminary approval], to this address:

    Newsome Claims Administrator
    P.O. Box 11190
    Tallahassee, FL  32302-3190

                                      \* \* \* \* \*

Name (please print): _____

Social Security Number: _____

Address: _____

Phone Number: _____

    I declare the following under penalty of perjury:

    I wish to opt out of the settlement in the *Newsome* class action. I understand that this means that I will not be eligible to receive money under the settlement.


Date: _____                            _____
                                                                         (signature)