UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

MELVIN NEWSOME, et al.

    Plaintiffs,

    v.                                          Civil Action No. S01-2257 (WDQ)

UP-TO-DATE LAUNDRY, INC., et al.

    Defendants.

**ORDER**

The Court hereby gives its preliminary approval to the Consent Decree jointly submitted by the parties. The Court will conduct a Fairness Hearing on the Consent Decree on _____, 2004 at _____ in Courtroom __.

In addition, the Court approves the (1) Notice of Settlement of Class Action, (2) Claim Form, (3) Opt Out Form, and (4) text of newspaper advertisement.


Date: _____          _____
                                UNITED STATES DISTRICT JUDGE