UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MELVIN NEWSOME, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UP-TO-DATE LAUNDRY, INC., et al.<br><br>Defendants. | Civil Action No. S01-2257 (WDQ) |

## ORDER

The Court hereby gives its preliminary approval to the Consent Decree jointly submitted by the parties. The Court will conduct a Fairness Hearing on the Consent Decree on November 22, 2004 at 9:30 a.m. in Courtroom 3A.

In addition, the Court approves the (1) Notice of Settlement of Class Action, (2) Claim Form, (3) Opt Out Form, and (4) text of newspaper advertisement.

Date: 7/6/4

_____
UNITED STATES DISTRICT JUDGE