UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MELVIN NEWSOME, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>UP-TO-DATE LAUNDRY, INC., et al.<br><br>    Defendants. | Civil Action No. S01-2257 (WDQ) |

**NOTICE OF APPEARANCE**

Tammany M. Kramer of the law firm, Heller, Huron, Chertkof, Lerner, Simon & Salzman hereby submits this notice of entry of appearance on behalf of plaintiffs Melvin Newsome, *et al*. The undersigned counsel certifies that she is licensed to practice law in the State of Maryland and is admitted to the Bar of this Court, as required under L.R. 101.

        __/s/_____
        Philip J. Simon   (12893 )
        Richard A. Salzman
        Douglas B. Huron
        Betty Grdina   (15647)
        Tammany M. Kramer  (15834)
        HELLER, HURON, CHERTKOF
        LERNER, SIMON & SALZMAN
        1730 M Street, NW, Suite 412
        Washington, DC  20036
        (202) 293-8090
        (202) 293-7110 (facsimile)

        Counsel for plaintiffs