UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MELVIN NEWSOME, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>UP-TO-DATE LAUNDRY, INC., et al.<br><br>    Defendants. | Civil Action No. S01-2257 (WDQ) |

**NOTICE TO THE COURT**

A Fairness Hearing on the Consent Decree resolving this class action is scheduled for November 22, 2004. The parties have conferred and intend to submit a joint memorandum supporting final entry of the Consent Decree, and showing that it is fair, adequate and reasonable. Plaintiffs will take the lead in preparing this memorandum, and the parties propose that it be filed by November 10, 2004. A proposed order to this effect is attached.

                                                                              /s/
                                    Richard A. Salzman 15840
                                    Douglas B. Huron 12888
                                    Betty Grdina 15647
                                    Tammany M. Kramer 15834
                                    HELLER, HURON, CHERTKOF
                                    LERNER, SIMON & SALZMAN
                                    1730 M Street, NW, Suite 412
                                    Washington, DC  20036
                                    202-293-8090

                                    Attorneys for plaintiffs