UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MELVIN NEWSOME, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UP-TO-DATE LAUNDRY, INC., et al.<br><br>Defendants. | Civil Action No. S01-2257 (WDQ) |

**ORDER**

The parties shall submit a joint memorandum in support of final entry of the Consent Decree herein by November 10, 2004.


Date: _____          _____
                              UNITED STATES DISTRICT JUDGE