UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

MELVIN NEWSOME, et al.

Plaintiffs,

v.

Civil Action No. S01-2257 (WDQ)

UP-TO-DATE LAUNDRY, INC., et al.

Defendants.

## ORDER

The parties shall submit a joint memorandum in support of final entry of the Consent Decree herein by November 10, 2004.

Date: 9/30/4

_____
UNITED STATES DISTRICT JUDGE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2004 OCT -1  A 10: 32

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUT