UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MELVIN NEWSOME, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UP-TO-DATE LAUNDRY, INC., et al.<br><br>Defendants. | Civil Action No. S01-2257 (WDQ) |

**JOINT MOTION FOR EXTENSION OF FILING DEADLINE**

A Fairness Hearing on the Consent Decree resolving this class action is scheduled for November 22, 2004. The parties have conferred and intend to submit a joint memorandum supporting final entry of the Consent Decree, and showing that it is fair, adequate and reasonable. Plaintiffs will take the lead in preparing this memorandum, and the parties originally proposed that it be filed by November 10, 2004. However, the parties request a two-day extension of the filing deadline, with the brief to be filed instead on November 12, 2004.

A proposed order to this effect is attached.

| /s/ | /s/ |
|---|---|
| Jeanne M. Phelan | Richard A. Salzman  15840 |
| WHITEFORD TAYLOR & PRESTON | Douglas B. Huron 12888 |
| Seven Saint Paul Street | Betty Grdina 15647 |
| Baltimore, MD 21202 | Tammany Kramer 15834 |
| | HELLER, HURON, CHERTKOF |
| | LERNER, SIMON & SALZMAN |
| | 1730 M Street, NW, Suite 412 |
| | Washington, DC  20036 |
| | |
| Counsel for Defendants | Counsel for Plaintiffs |