UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MELVIN NEWSOME, et al. <br><br> Plaintiffs, <br><br> v. <br><br> UP-TO-DATE LAUNDRY, INC., et al. <br><br> Defendants. | Civil Action No. S01-2257 (WDQ) |

**ORDER**

Upon the joint motion of the parties, the Court finds that Pasquale Hernandez could have been considered black by virtue of his dark complexion, and that, as such, he shall be considered a member of the class certified in this case. Accordingly, Mr. Hernandez is hereby permitted to participate as a class member under the Consent Decree, shall be permitted to receive the benefits available under the Consent Decree and shall be subject to the obligations of the Consent Decree.

So ordered.


Date: _____          _____
                              UNITED STATES DISTRICT JUDGE