**Newsome et al v. Up-to-Date Laundry, Inc. et al**

Attorney's fees through 10/31/04

| Attorney | Hours | Current Rate | Total |
|---|---:|---|---:|
| Philip Simon | 1,112.9 | $320/hr | $356,128.00 |
| Richard A. Salzman | 76.7 | $320/hr | $24,544.00 |
| Douglas B. Huron | 192.1 | $375/hr | $72,037.50 |
| Betty Grdina | 304.6 | $375/hr | $114,225.00 |
| Tammany Kramer | 34.8 | $185/hr | $6,438.00 |
| Julie Chambers | 90.1 | $185/hr | $16.668.50 |

| | | | |
|---|---:|---|---:|
| Grand Total | 1,811.2 | | $590,041.00 |