## Newsome et al. v. Up-to-Date Laundry, Inc. et al

## Expenses

| | | | |
|---|---|---|---|
| Expert witness fees -- financial expert | Expert -- Bates White & Ballentine, LLC (financial analysis) | $ | 37,786.79 |
| Expert witness fees -- statistician | Expert -- Charles Mann Associates (statistician) | $ | 30,400.00 |
| Computerized Legal Research | Computerized Legal Research | $ | 1,920.72 |
| Copying Costs | Copying Costs | $ | 902.50 |
| Overnight Courier | Courier to U.S. District Cout for Maryland/Baltimore | $ | 59.63 |
| Court Reporter Expenses | Court Reporter Expenses | $ | 13,057.90 |
| Filing Fees | Filing Fees | $ | 150.00 |
| Delivery Costs | Local Delivery | $ | 167.16 |
| Long Distance Charges | Long Distance Charges | $ | 218.09 |
| Overnight Courier | Long Distance Express Delivery | $ | 394.71 |
| Long Distance Travel | Long Distance Travel | $ | 20.00 |
| Misc. | Miscellaneous expenses | $ | 187.95 |
| Outside Photocopying | Outside Photocopying | $ | 640.45 |
| Parking | Parking, etc. | $ | 151.00 |
| Postage | Postage | $ | 170.26 |
| Service Fee | Service Fee | $ | 1,395.00 |
| Witness Fees | Witness Fee | $ | 460.00 |
| | TOTAL EXPENSES | $ | 88,082.16 |