UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

MELVIN NEWSOME, et al.

    Plaintiffs,

      v.

UP-TO-DATE LAUNDRY, INC., et al.

    Defendants.

Civil Action No. S01-2257 (WDQ)

## ORDER

Upon the joint motion of the parties, the Court finds that Pasquale Hernandez could have been considered black by virtue of his dark complexion, and that, as such, he shall be considered a member of the class certified in this case. Accordingly, Mr. Hernandez is hereby permitted to participate as a class member under the Consent Decree, shall be permitted to receive the benefits available under the Consent Decree and shall be subject to the obligations of the Consent Decree.

So ordered.

Date: 11/22/4

_____
UNITED STATES DISTRICT JUDGE

_____ FILED       _____ ENTERED
_____ LODGED      _____ RECEIVED

NOV 22 2004

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY